AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

KELLI GRAY, and all other similarly situated,

_____
*Plaintiff*

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN
_____
*Defendant*

Civil Action No. CV-09-251-EFS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Karen Hammer
1450 114th Ave SE Ste 240
Bellevue, WA 98004-6934

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael D. Kinkley, P.S., 4407 N. Division, Suite 914, Spokane, WA 99207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the compliant. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 12, 2009

*Linda Emerson*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Karen Hammer**
was received by me on *(date)* **8/24/09**.

☒ I personally served the summons on the individual at *(place)* **10034 127th Ave NE Kirkland, WA 98033** on *(date)* **8/26/09, 7:41pm** or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ **25 -** for services, for a total of $ **25 -**.

I declare under penalty of perjury that this information is true.

Date: **8-31-09**

*Randy Radke*
*Server's signature*

**Randy Radke, Process Server**
NORTHWEST LEGAL SUPPORT
102 PREFONTAINE PL S.
SEATTLE WA 98104
*Server's address*

Additional information regarding attempted service, etc: