Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all others similarly situated,

    Plaintiff,

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER

    Defendants.

Case No.: CV-09-251-EFS

DECLARATION OF KELLI GRAY

    Kelli Gray (n\k\a Kelli Harrington) declares under penalty of perjury as provided for by the laws of the United States, 28 U.S.C. § 1746:

    1. I reside in Spokane, Washington.

DECLARATION OF KELLI GRAY
REGARDING ADEQUACY TO ACT
AS CLASS REPRESENTATIVE -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

1  2. I am one of the Plaintiffs in this action.

2  3. I applied online to Spiegel for a charge card and paid online to Spiegel
3
4  through the Spiegel website.

5

6  Signed in Spokane, Washington DATED this the ___2nd___ day of August, 2010.

7

8

9  _____
   Kelli Gray (n\k\a Kelli Harrington)
10 Plaintiff

DECLARATION OF KELLI GRAY
REGARDING ADEQUACY TO ACT
AS CLASS REPRESENTATIVE -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

## CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net

DECLARATION OF KELLI GRAY
REGARDING ADEQUACY TO ACT
AS CLASS REPRESENTATIVE -3-