Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all other similarly situated,

    Plaintiff,

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER

    Defendants.

Case No.: CV-09-251-EFS

PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT of FACTS RE MOTION FOR PARTIAL SUMMARY JUDGMENT RE: APPLICABLE STATUTE OF LIMITATIONS

1. <u>Suttell Defendants Fact #1</u>. Disputed. Plaintiff denies she was issued a credit card "through First Consumers National Bank ("FCNB")."

Plaintiff Gray applied to Spiegel for a charge card, and paid online to

Spiegel at the Spiegel website. (Ct. Rec. 54). Plaintiff received statements which indicated that they were from "Spiegel" in large formatted type. The discovery responses from Midland Funding, LLC indicate that statements were sent as late as September 2004. (Ct. Rec. 62-2, Exhibit 25). FCNB was ordered by the Office of Comptroller of Currency to cease and desist all account servicing on April 15, 2003. (Ct. Rec. 62-1, Exhibit 24, OCC order #2003-39). Further, the Suttell Defendants' Exhibit "A" is not an original signed affidavit, contains hearsay declarations that do not meet the ER 803(6) business records exception, and has some indication of irregularity in its preparation. The Suttell Defendants have not explained why the hearsay should be admitted. Plaintiff has objected to the admission and moved to strike Exhibit "A" attached to the Suttell Memorandum. (Ct. Rec. 60).

2. <u>Suttell Defendants Fact # 2</u>. Disputed. The Suttell Defendants misstate and misrepresent the Declaration of Plaintiff Kelli Gray filed in state court and attached to the Suttell Defendants Memorandum as Exhibit "B" (citing to paragraph 3, Ct. Rec. 34-2, ¶ 3). Paragraph three (3) does not say that Ms. Gray made charges to her "FCNB account", does not say that she was "receiving statements from FCNB", and does not say that she was "making payments to FCNB." Instead, Ms.

Gray does not mention "FCNB" at all. Ms. Gray mentions only "Spiegel" throughout her declaration (not FCNB). Ms. Gray indicates that she purchased clothing from "Spiegel." (Ct. Rec. 34-2, pp. 24-25, ¶3).

3. <u>Suttell Defendants Fact # 3</u>. Disputed. Ms. Gray does not dispute that at some point "she stopped making payments" to "Spiegel." Plaintiffs have moved to strike "Attachment 'A'" to the Suttell Defendant Memorandum. (Ct. Rec. 34-2, pp. 24-25).

4. <u>Suttell Defendants Fact # 4</u>. Disputed. Admit that the Suttell law office filed an action in Spokane County Superior Court on October 27, 2008 for a debt. Midland Funding, LLC in its responses to discovery claims that it did not hire the Suttell law firm. Suttell Defendants cite to Exhibit "C" attached to Suttell's Memorandum, which is the Complaint filed in State Court, which does not support the statement of facts. The Complaint is unverified and does not mention "FCNB" at all. Instead, the Complaint indicates that "Defendant has been the obligor of a certain credit card account" (Ct. Rec. 34-3, p. 28, ¶ 3). The Complaint does not identify the creditor at all, but instead calls the alleged obligation "certain" or "said credit card account." (Ct. Rec. 34-3, p. 28).

5. <u>Suttell Defendants Fact # 5</u>. Admitted. The State Court did not rule on Plaintiff's Motion.

Dated this the 2nd day of August, 2010.

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Michael D. Kinkley     mkinkley@qwestoffice.net, pleadings@qwestoffice.net;

Scott M. Kinkley     skinkley@qwestoffice.net;

Kirk D. Miller     kmiller@millerlawspokane.com;

Carl Hueber     ceh@winstoncashatt.com;

John D. Munding     munding@crumb-munding.com

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net