Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkely@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Miller D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>　　　　Defendants. | Case No.: CV-09-251-EFS<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SUTTELL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATIONS AND TO CONTINUE HEARING |

Plaintiff Kelli Gray through her attorneys, Michael D. Kinkley and Scott M. Kinkley of Michael D. Kinkley, P.S., and Kirk D. Miller of Kirk D. Miller, P.S. respectfully requests that the Court extend the time for Plaintiff to respond to the Suttell Defendants' Motion for Summary Judgment Re: Applicable Statute of

PLAINTIFF'S MOTION TO EXTEND TIME
TO RESPOND AND CONTINUE HEARING
- 1

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

Limitations (Ct. Rec. 32), to September 21, 2010. Plaintiff further requests that the Court continue the Hearing on Defendants' Motion for Summary Judgment Re: Statute of Limitations, currently set for September 2, 2010, at 1:30 p.m., to October 20, 2010 at 1:30 p.m.

This Motion is based on the Memorandum in Support of Motion to Extend Time to Respond and Continue Hearing, LR 7.1, the Court's Scheduling Order of March 3, 2010, (Ct. Rec. 18) and the files and records herein.

Dated this the 2nd day of August, 2010

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net

PLAINTIFF'S MOTION TO EXTEND TIME
TO RESPOND AND CONTINUE HEARING
- 2

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

PLAINTIFF'S MOTION TO EXTEND TIME
TO RESPOND AND CONTINUE HEARING
- 3

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611