Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkely@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Miller D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No.: CV-09-251-EFS ) |
| v. | ) [Proposed] ) |
| SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER | ) ORDER GRANTING MOTION FOR ) EXTENSION OF TIME TO ) RESPOND TO THE SUTTELL ) DEFENDANTS' MOTION FOR ) SUMMARY JUDGMENT RE: ) STATUTE OF LIMITATIONS AND ) TO CONTINUE HEARING |
| Defendants. | ) |

THIS COURT having reviewed Plaintiff's Motion to Extend the Time for

Plaintiff to respond to the Suttell Defendants Motion for Summary Judgment Re:

Applicable statute of Limitations (Ct. Rec. 32), LR 7.1, and the files and records

herein hereby ORDERS:

ORDER EXTENDING RESPONSE
DEADLINE AND CONTINUING HEARING
- 1

The Plaintiff is granted an extension to file her Response to Defendant's Motion for Summary Judgment Re: Statute of Limitations. The Plaintiff shall file her Response no later than September 21, 2010. Any Reply brief shall be filed no later than September 28, 2010.

It is further ORDERED, that the hearing on Defendants' Motion for Summary Judgment Re: Statute of Limitations, currently set for September 2, 2010, at 1:30 p.m., is hereby continued to October 20, 2010, at 1:30 p.m.

Dated the ____th day of August, 2010.


_____
  Hon. Judge Edward F. Shea




PRESENTED BY:



*Michael D. Kinkley P.S.*


/s Scott M. Kinkley
  Scott M. Kinkley
  WSBA # 42434
  Attorney for Plaintiff


ORDER EXTENDING RESPONSE
DEADLINE AND CONTINUING HEARING
- 2

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611