Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkely@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Miller D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>Defendants. | Case No.: CV-09-251-EFS<br><br>NOTE FOR HEARING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SUTTELL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATIONS AND TO CONTINUE HEARING<br><br>(WITH ORAL ARGUMENT) |

TO:   The Clerk of the Court

   PLEASE TAKE NOTICE that the hearing on Plaintiff's Motion for Extension of Time to Respond to the Suttell Defendants' Motion for Summary

NOTE FOR HEARING ON PLAINTIFF'S
MOTION FOR PAGE LIMITATION
WAIVER
- 1 -

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

1  Judgment Re: Statute of Limitations and to Continue Hearing will be held on

2  September 2, 2010, at 1:30 P.M. with oral argument, before the Honorable Judge

3  Edward F. Shea, at the Spokane Courthouse.

4  

5      Dated this the 2nd day of August, 2010

                                                     *Michael D. Kinkley P.S.*

                                             s/Scott M. Kinkley
                                               Scott M. Kinkley
                                               WSBA # 42434
                                               Attorney for Plaintiff
                                               4407 N. Division, Suite 914
                                               Spokane, WA 99207
                                               (509) 484-5611
                                               Fax: (509) 484-5972
                                               skinkley@qwestoffice.net

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net