Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkely@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Miller D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>Defendants. | Case No.: CV-09-251-EFS<br><br>NOTE FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE "EXHIBIT 'A'" ATTACHED TO THE SUTTELL'S DEFENDANTS' MEMORANDUM REGARDING APPLICABLE STATUTE OF LIMITATIONS<br><br>(WITH ORAL ARGUMENT) |

TO:   Defendants and your attorneys; and

TO:   The Clerk of the Court;

1  PLEASE TAKE NOTICE that the hearing on Plaintiff's Motion for to Strike
2  Documents will be held on September 2, 2010, at 1:30 P.M. with oral argument, at
3  
4  the Spokane Courthouse in front of the Honorable Judge Edward F. Shea.
5  Dated this the 2nd day of August, 2010

                                      *Michael D. Kinkley P.S.*

                                 s/Scott M. Kinkley
                                 Scott M. Kinkley
                                 WSBA # 42434
                                 Attorney for Plaintiff
                                 4407 N. Division, Suite 914
                                 Spokane, WA 99207
                                 (509) 484-5611
                                 Fax: (509) 484-5972
                                 skinkley@qwestoffice.net

NOTE FOR HEARING ON PLAINTIFF'S
MOTION FOR PAGE LIMITATION
WAIVER  - 2 -

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net