Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkely@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all other similarly situated,

    Plaintiff,

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER

    Defendants.

Case No.: CV-09-251-EFS

DECLARATION OF SCOTT M. KINKLEY AUTHENTICATING EXHIBITS 24, 25, & 11

Scott M. Kinkley declares under penalty of perjury as provided for by the laws of the United States, 28 U.S.C. § 1746.

1. I am one of the attorneys for the Plaintiff in this action.

2. Attached as Exhibit 24 is a true and correct copy of the April 15, 2003, Office of the Comptroller of Currency's ("OCC") cease and desist order against First Consumer National Bank, obtained from the OCC website.

3. Attached as Exhibit 25 is a document received from Defendant Midland Funding, LLC in response to Plaintiff Second Set of Discovery Requests Midland Funding, LLC bates # 19.

4. Attached as Exhibit 11 is a true and correct copy of documents received from Defendant Suttell & Hammer, P.S. in response to Plaintiff's Second Set of Requests for Production to Suttell & Hammer, P.S., Suttell Bates No.'s 974-971.

Submitted in Spokane, Washington on August 2nd, 2010.

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net

1

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net