CARD PROCESSING CENTER
P.O. BOX 9204
OLD BETHPAGE, NY 11804

Statement Date:   09/02/2004
Account Number:   5770 9150 2493 2872

| New Balance | Minimum Amount Due | Payment Due Date | Write In Amount Of Payment Enclosed |
|---|---|---|---|
| $1,762.27 | $210.00 | NOW DUE | $ - |

To avoid a finance charge on purchases, pay the entire new balance by the due date.

↑ New Address or email? Print on back.

Send Payments to:

CARD PROCESSING CENTER
P.O. BOX 5811
HICKSVILLE, NY 11802

KELLI GRAY
3417 E 36TH AVE
SPOKANE WA 99223-4206

51042

5770915024932872000210000001762274

To make payment by mail, make checks payable to Card Processing Center and insert with the top portion in the enclosed envelope.
Be sure to include your account number on the check and the mailing address shows through the envelope window.

# Spiegel™Charge

Account Number:
5770-9150-2493-2872
Closing Date:
09-02-2004
Total New Balance:
$1,762.27
Minimum Payment:
$210.00
Past Due Amount:
$155.00
Payment Due Date:
NOW DUE

**Account Summary:**

| | Previous Balance | FINANCE CHARGE | Payments and Credits | Purchases and Charges | Total New Balance | Credit Limit | Available Credit |
|---|---|---|---|---|---|---|---|
| | $1,688.94 | $38.33 | $0.00 | $35.00 | $1,762.27 | $1,900 | NONE |

**Finance Charge Summary:**

| | Average Daily Bal. | Daily Per. Rate | No. Days In Cycle | Finance Charge | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Purchase Balance | $1,694.77 | 0.07540% | 30 | $38.33 | 27.50% | 27.50% |
| Cash Balance | $0.00 | 0.07540% | 30 | $0.00 | 27.50% | 27.50% |

**Account Activity:**

| Date | Reference Number | Activity/Transaction Description | Transaction Total |
|---|---|---|---|
| 08-29-2004 | | LATE FEE | $35.00 |

YOUR ACCOUNT IS 90 DAYS DELINQUENT. CONTACT US
AT 1-866-503-0872 TO MAKE PAYMENT ARRANGEMENTS,
OR WE WILL BE FORCED TO TAKE OTHER ACTIONS.


EXHIBIT 25

019

Note: See other side for important information, including the Customer Service telephone number.

6488  0001  370    1    7  2   040902      CD Page 1 of 1      9250  0008  XS27  01AB6488   51042

Midland Funding, LLC

P21