06/30/2010  9:31AM                                                                                                  Page  1

**SUTTELL & HAMMER, P.S.**
Bellevue, WA 98004
1450 114th Ave SE Suite 240 (Conifer Building)
T: (425) 455-8220
f: (425) 454-7884

| | | | |
|---|---|---|---|
| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: | 417 |
| Receiving Atty: | | Type: | |
| Sort Order: | None | Responsible Atty/Collector: | Karen L Hammer |

| | | | |
|---|---|---|---|
| Account Number: | 170616 | Other Account Number: | |
| Network ID: | 8526105726 | Original Creditor: | FCNB-SPIEGEL |

### Debtor 001

| | | | |
|---|---|---|---|
| Name.................... | KELLI GRAY | Relationship............ | Primary |
| Alias....................... | | DOB....................... | |
| Address 1................ | 2307 COLLEGE AV | SSN........................ | |
| Address 2................ | | Phone 1.................. | |
| City, State & Zip.... | SPOKANE, WA  99201 | Phone 2.................. | |
| County..................... | SPOKANE | Fax.......................... | |
| Salutation................ | | EMail...................... | |
| Invalid Address....... | False | Cell Phone............... | |
| Driver's License #..... | | Memo...................... | 6 SOL |

------------------Bankruptcy Information------------------

| | | |
|---|---|---|
| Court Name................. | | Court File Date............ |
| Court File Number....... | | Bankruptcy Status......... |
| Bankruptcy Type......... | | |

------------------Bank Information------------------

| | | |
|---|---|---|
| Name....................... | | Phone 1.................. |
| Name2..................... | | Phone 2.................. |
| Address 1................ | | Fax.......................... |
| Address 2................ | | Checking Account..... |
| City, State & Zip..... | , | Savings Account........ |
| County..................... | | |
| Contact................... | | |

------------------Employment Information------------------

| | | | |
|---|---|---|---|
| Name....................... | | Hire Date................ | |
| Name2..................... | | Ending Date............ | |
| Address 1................ | | Salary...................... | 0.00 |
| Address 2................ | | Salary Frequency..... | |
| City, State & Zip...... | , | | |
| County..................... | | | |
| Phone ..................... | | | |
| Fax........................... | | | |
| Contact..................... | | | |


EXHIBIT 11

P22                                                                                                              Suttell 974

Client: RGS1 - MIDLAND CREDIT MANAGEMENT  
Receiving Atty:  
Sort Order: None  
Status: 417  
Type:  
Responsible Atty/Collector: Karen L Hammer

## Assets

ASSTTYPE  
ADDR1          ADDR2          CITY          STATE  ZIP

YEAR  MAKE          MODEL          ASSTTYPE

Client: RGS1 - MIDLAND CREDIT MANAGEMENT  
Receiving Atty:  
Sort Order: None  

Status: 417  
Type:  
Responsible Atty/Collector: Karen L Hammer  

## Claim Detail

Name............................ : KELLI GRAY  
Claim Number............. : 170616.001  
Status........................... : 417 - HC-HOLDING FOR CLIENT  
Client............................ : RGS1 - MIDLAND CREDIT MANAGEMENT  

Ref Acct No.... : ████████2872  
Account Type.. : -  
Plaintiff............ : Midland Funding LLC  

---------------------Claim Balance Detail---------------------

|  | Open | Charges | Payments | Adjustments | Total |
|---|---|---|---|---|---|
| Principal | 2,065.22 | 0.00 | 0.00 | 0.00 | 2,065.22 |
| Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Costs | 0.00 | 359.00 | 0.00 | 0.00 | 359.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 2,065.22 | 359.00 | 0.00 | 0.00 | 2,424.22 |

New Interest...: 0.00  
Balance w/New Int: 2,424.22  

Open Date............... : 07/28/2008    Open Balance: $2,065.22  
For........................... :  
Contract Date.......... :  
Payment Plan........... :  
 Last Pymt Date........ : 05/13/2004    Last Pymt Amt: $0.00  
Originator................ : KLH - Karen L Hammer  
Responsible.............. : KLH - Karen L Hammer  
Assigned From........ : YGC - Auto Created By Dos Conversion  
Receiving Atty........ :  

Close Date............... :  
Commission............ : 27%  
Contingent Suit Fee. :  
Link....................... :  
Total Collected........ : $0.00  
Pre-Jmt Interest....... : 0.0000%  
Post-Jmt Interest..... : 12.0000%  
Begin Interest Date. : 12/31/2004  
Last Interest Update : 12/31/2004  

---------------------Judgment Detail---------------------

Court........................ : SPOKAN - SPOKANE COUNTY SUPERIOR COURT- WA  
Filing Date............... : 10/24/2008  
Judgment Date......... :  

Court File No............ : 08-2-04860-2  
Service Date............ : 09/23/2008  
Judgment Amount.... : $0.00

| | | |
|---|---|---|
| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 |
| Receiving Atty: | | Type: |
| Sort Order: | None | Responsible Atty/Collector: Karen L Hammer |

------------------Account Member Detail------------------

    Defend Atty - Michael Kinkley
    Defend Atty - Kirk D. Miller
    Plaintiff - Midland Funding LLC

------------------Action Items Detail------------------

    07/05/2010    CD - COURT DATE

| | | |
|---|---|---|
| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 |
| Receiving Atty: | | Type: |
| Sort Order: | None | Responsible Atty/Collector: Karen L Hammer |

### User Fields

**Account**  000

| | |
|---|---|
| Date Forwarded | 07/27/2008 |
| YGC Cred Name 1 | Midland Funding LLC |
| YGC Charge Off Dt | 12/31/2004 |
| YGC Actual Open Dt | 08/24/2001 |
| YGC Orig Cr Name1 | FCNB-SPIEGEL |
| YGC Type Code | CC02 |
| YGCIssuer LPay Dt | 05/13/2004 |
| YGCIssuer LPay Amt | 135.00 |
| YGC Media Avail | Y |

Client: RGS1 - MIDLAND CREDIT MANAGEMENT   Status: 417
Receiving Atty:   Type:
Sort Order: None   Responsible Atty/Collector: Karen L Hammer

## History Detail

| Account No. | Enter Date & Time | History Note | Operator | Effective Date |
|---|---|---|---|---|
| 170616.001 | 07/28/08 10:21a | OPEN $2065.22 [Prin: 2065.22] T#1497700 | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Init Stat: 010-File Opened - No Demand | MAM | 07/28/2008 |
| 170616. | 07/28/08 10:21a | Other FICO Score: New Information Added | MAM | 07/28/2008 |
| 170616. | 07/28/08 10:21a | Other1 Score: New Information Added | MAM | 07/28/2008 |
| 170616. | 07/28/08 10:21a | Other2 Score: New Information Added | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Creditor: Midland Funding LLC | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Original Creditor: FCNB-SPIEGEL | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Caption Plaintiff: Midland Funding LLC - Caption Defendant: | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Date Forwarded: 07/27/2008 - Original Claim Amount: 2065.22 - Current Debtor Balance: 2065.22 - Accrued Interest: 0.00 - Charge Off Balance: 2065.22 - Original Open Date: 08/24/2001 - Charge Off Date: 12/31/2004 - Date Sold By Original Creditor: 12/04/2007 - Type: CC02 | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | [YGC-S101]Acknowledgement - TrxUploaded=07/29/2008 07:55:46 | MAM | 07/28/2008 |
| 170616.001 | 07/28/08 10:21a | Fwdr.: *CC:W122.: Portfolio 715 | MAM | 07/27/2008 |
| 170616.001 | 07/28/08 10:21a | Fwdr.: *CC:R313.: Statement Available | MAM | 07/27/2008 |
| 170616.001 | 07/28/08 10:21a | Fwdr.: *CC:R433.: Media exist, check media website. | MAM | 07/27/2008 |
| 170616.001 | 07/28/08 10:21a | Fwdr.: *CC:W122.: Check Media Website. Media Expiration 2008-12-14, Lead Time 30-45 Days, Rush Availability N, Statement Available 7 yrs from document date, Application Available Not Available | MAM | 07/27/2008 |
| 17  .001 | 07/29/08 5:53p | Last Payment: New Information Added | TJM | 07/29/2008 |
| 170616. | 08/01/08 8:50a | County: New Information Added | JSC | 08/01/2008 |
| 170616.001 | 08/01/08 8:51a | Court: New Information Added | JSC | 08/01/2008 |
| 170616. | 08/01/08 8:51a | DEMANDLS Document Printed. | JSC | 08/01/2008 |
| 170616.001 | 08/01/08 8:51a | Stat Chng From: 010-File Opened - No Demand - To: 011-FIRST DEMAND LETTER SENT | JSC | 08/01/2008 |
| 170616.001 | 08/01/08 8:51a | Status Date Was: 07/28/2008 | JSC | 08/01/2008 |
| 170616. | 08/01/08 8:51a | Action: 09/01/2008 12:00 AM LS PREP LAWSUIT AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 08/18/2008 06:20 P By: TJM | JSC | 09/01/2008 |
| 170616. | 08/01/08 8:51a | [YGC-W100]1st Demand Letter - Comments= - TrxUploaded=08/04/2008 07:45:09 | JSC | 08/01/2008 |
| 170616.001 | 08/18/08 6:20p | Stat Chng From: 011-FIRST DEMAND LETTER SENT - To: 022-JUDICIAL SUBPOENA OBTAINED | TJM | 08/18/2008 |
| 170616.001 | 08/18/08 6:20p | Status Date Was: 08/01/2008 | TJM | 08/18/2008 |
| 170616.001 | 08/18/08 6:20p | Stat Chng From: 022-JUDICIAL SUBPOENA OBTAINED - To: 222-***DISPUTE--HOLD ALL ACTION*** | TJM | 08/18/2008 |
| 170616. | 08/18/08 6:20p | [YGC-S115]Disputed - Comments=General - Original Creditor - TrxUploaded=08/19/2008 09:55:41 | TJM | 08/18/2008 |
| 170616. | 08/18/08 6:21p | Action: 09/17/2008 12:00 AM RN READ NOTES General - Original Creditor - AssignedTo:TJM Court:SPOKAN Cancelled CM-Completion: 09/03/2008 08:29 A By: TJM | TJM | 09/17/2008 |
| 170616. | 08/18/08 6:21p | Action: 08/18/2008 12:00 AM FU FOLLOW-UP AssignedTo:RLB Court:SPOKAN Cancelled CM-Completion: 08/22/2008 01:53 P By: RLB | TJM | 08/18/2008 |
| 170616. | 08/18/08 6:21p | DNC Was: Off. | TJM | 08/18/2008 |
| 17 . | 08/21/08 8:32a | Image added with a description of: Letter from Debtor | MAG | 08/21/2008 |
| 170616. | 08/22/08 1:53p | [YGC-W122]Comment - Comment=ORIG BSTMT RECD - TrxUploaded=08/25/2008 09:38:58 | RLB | 08/22/2008 |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | | Status: 417 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: Karen L Hammer | | |
| 1, 5. | 08/22/08 1:53p | [YGC-S126]Request Affidavit from Client - Comment= - TrxUploaded=08/25/2008 09:38:58 | RLB | 08/22/2008 |
| 170616. | 08/22/08 1:53p | [YGC-S126]Request Affidavit from Client - Comment= - TrxUploaded=08/25/2008 09:38:58 | RLB | 08/22/2008 |
| 170616. | 08/22/08 1:54p | Action: 09/16/2008 12:00 AM FU FOLLOW-UP AFF 8/22/08 - bstmt in file (RLB) - AssignedTo:RLB Court:SPOKAN Cancelled CM-Completion: 09/02/2008 08:33 A By: RLB | RLB | 09/16/2008 |
| 170616.001 | 08/22/08 1:54p | opened physical file | RLB | 08/22/2008 |
| 170616. | 08/22/08 1:54p | Image Imported with a description of: Billing Statements | RLB | 08/22/2008 |
| 170616. | 08/25/08 9:39a | Balance Details Uploaded To YGC For S126 | NJU | 08/25/2008 |
| 170616. | 09/02/08 8:33a | [YGC-W122]Comment - Comment=MCM AFF RECD - TrxUploaded=09/03/2008 07:51:12 | RLB | 09/02/2008 |
| 170616. | 09/03/08 6:56a | VOD Document Printed. | RLB | 09/03/2008 |
| 170616.001 | 09/03/08 8:29a | Stat Chng From: 222-***DISPUTE--HOLD ALL ACTION*** - To: 012-VOD Letter Sent - Uploaded: 09/04/08: YGC Code W114 | TJM | 09/03/2008 |
| 170616.001 | 09/03/08 8:29a | Status Date Was: 08/18/2008 | TJM | 09/03/2008 |
| 170616. | 09/03/08 8:29a | Action: 09/03/2008 12:00 AM LS PREP LAWSUIT AssignedTo:MTV Court:SPOKAN Cancelled CM-Completion: 09/05/2008 09:21 A By: NJU | TJM | 09/03/2008 |
| 170616. | 09/03/08 8:29a | [YGC-W114]Misc. Legal Letter - Comments=VOD ltr sent. - TrxUploaded=09/04/2008 08:42:59 | TJM | 09/03/2008 |
| 170616. | 09/03/08 10:45a | Image Imported with a description of: Validation of debt letter | RLB | 09/03/2008 |
| 170616. | 09/05/08 9:21a | ASSETCOM_1 Document Sent To List. - (Print List : DP1). Printed: 09/05/2008 09:37 | NJU | 09/05/2008 |
| 170616.001 | 09/05/08 9:21a | Stat Chng From: 012-VOD Letter Sent - To: 101-SI SUMMONS ISSUED - Uploaded: 09/08/08: YGC Code L114, P110 | NJU | 09/05/2008 |
| 170616.001 | 09/05/08 9:21a | Status Date Was: 09/03/2008 | NJU | 09/05/2008 |
| 170616.001 | 09/09/08 2:24p | Stat Chng From: 101-SI SUMMONS ISSUED - To: 108-ABC SUMMONS ISSUED | NJU | 09/09/2008 |
| 170616.001 | 09/09/08 2:24p | Status Date Was: 09/05/2008 | NJU | 09/09/2008 |
| 170616. | 09/09/08 2:24p | Action: 12/08/2008 12:00 AM AC ABC ATTORNEY CHECK SERVICE ABC Process Server - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 10/03/2008 04:44 P By: PZC | NJU | 12/08/2008 |
| 170616. | 09/09/08 2:24p | Action: 10/20/2008 12:00 AM AB ABC Check Service ABC Process Server - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 10/03/2008 04:44 P By: PZC | NJU | 10/20/2008 |
| 170616.001 | 09/16/08 1:46p | RCFD, says working oos, I advised VOD already mailed to her, says won't set up PP until she gets back into town and reviews VOD | RZK | 09/16/2008 |
| 170616. | 10/02/08 3:09p | Image added with a description of: Summons and Compliant | JSC | 10/02/2008 |
| 170616.001 | 10/03/08 7:29a | Stat Chng From: 108-ABC SUMMONS ISSUED - To: 110-SS SERVED SUMMONS - Uploaded: 10/06/08: YGC Code L116 | NJU | 10/03/2008 |
| 170616.001 | 10/03/08 7:29a | Status Date Was: 09/09/2008 | NJU | 10/03/2008 |
| 170616. | 10/03/08 7:29a | Action: 10/23/2008 12:00 AM DJ MOVE FOR DEFAULT ABC Process Server - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 10/06/2008 04:59 P By: TJM | NJU | 10/23/2008 |
| 170616.001 | 10/03/08 7:29a | Filing Information Added. - TrxUploaded=10/06/2008 10:49:23 | NJU | 10/03/2008 |
| 170616.001 | 10/03/08 7:29a | Filing Service Date: New Information Added. - TrxUploaded=10/06/2008 10:49:23 | NJU | 10/03/2008 |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | | Status: 417 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: Karen L Hammer | | |

| | | | | | |
|---|---|---|---|---|---|
| 1? 5.001 | 10/03/08 7:29a | Cost $69.50 PSF:Process Service FundedBy:Firm Oper Acct "Debtor: 001" RemitRpt:10/27/2009 T#1568062 | NJU | 10/03/2008 |
| 170616. | 10/03/08 7:29a | Process Server: ABC Process Server<br>Debtor: 001: GRAY/KELLI<br>Claim: 001: 5770915024932872<br>Comments: Served: KELLI GRAY NAMED DEFENDANT<br>A black female approx. 40-45 years of age 5'6'-5'8' in height we | NJU | 10/03/2008 |
| 170616. | 10/03/08 4:44p | [YGC-L116]Summons Served - Comments=09/23/08 - TrxUploaded=10/06/2008 10:49:41 | PZC | 10/03/2008 |
| 170616. | 10/06/08 10:51a | YGC Financial: *CC:D005 Uploaded For Cost: PSF | MAM | 10/06/2008 |
| 170616.001 | 10/06/08 4:59p | Stat Chng From: 110-SS SERVED SUMMONS - To: 111-NOTICE OF APPEARANCE RCVD | TJM | 10/06/2008 |
| 170616.001 | 10/06/08 4:59p | Status Date Was: 10/03/2008 | TJM | 10/06/2008 |
| 170616. | 10/06/08 4:59p | Action: 10/06/2008 12:00 AM NJ NOTE FOR JUDGMENT ABC Process Server - AssignedTo:TZH Court:SPOKAN Advanced AD-Advance: 10/06/2008 04:59 P By: TJM | TJM | 10/06/2008 |
| 170616. | 10/06/08 4:59p | Action: 10/16/2008 12:00 AM NJ NOTE FOR JUDGMENT ABC Process Server - AssignedTo:TZH Court:SPOKAN Advanced AD-Advance: 10/22/2008 10:34 A By: DFK | TJM | 10/16/2008 |
| 170616.001 | 10/06/08 5:01p | Rec'd ltr from D - Believes case is past the SOL. | TJM | 10/06/2008 |
| 170616. | 10/06/08 5:01p | Pro Se (DAT001) added. - TrxUploaded=10/07/2008 08:37:12 | TJM | 10/06/2008 |
| 170616. | 10/11/08 3:18p | Image added with a description of: Letter from Debtor | NZH | 10/11/2008 |
| 1? ?. | 10/22/08 10:34a | CLKLTRDFKSC Document Printed. | DFK | 10/22/2008 |
| 170616. | 10/22/08 10:34a | Action: 11/06/2008 12:00 AM NJ NOTE FOR JUDGMENT AssignedTo:TZH Court:SPOKAN Cancelled CM-Completion: 10/30/2008 09:33 A By: TZH | DFK | 11/06/2008 |
| 170616.001 | 10/22/08 10:35a | SENT S/C FOR FILING IN SPOKANE | DFK | 10/22/2008 |
| 170616. | 10/22/08 3:48p | Image Imported with a description of: Filed Summons and Complaint | DFK | 10/22/2008 |
| 170616.001 | 10/24/08 12:03p | Cost $200.00 FF:Filing Fee FundedBy:Firm Oper Acct RemitRpt:10/27/2009 T#1592271 | EMH | 10/22/2008 |
| 170616. | 10/27/08 8:21a | YGC Financial: *CC:D138 Uploaded For Cost: FF | RPT | 10/27/2008 |
| 170616.001 | 10/29/08 4:00p | Filing Date: New Information Added - TrxUploaded=10/30/2008 09:15:44 | TZH | 10/29/2008 |
| 170616.001 | 10/29/08 4:00p | Court File No: New Information Added | TZH | 10/29/2008 |
| 170616. | 10/30/08 8:52a | [YGC-W122]Comment - Comment=BOS RECD - TrxUploaded=10/31/2008 08:48:56 | CAC | 10/30/2008 |
| 170616. | 10/30/08 9:15a | A051 Uploaded To YGC, For Filing Entry | MAM | 10/30/2008 |
| 170616.001 | 10/30/08 9:31a | Post JMT Int. Rate Was: 0 | TZH | 10/30/2008 |
| 170616. | 10/30/08 9:32a | CLKLTRTZHJD Document Printed. | TZH | 10/30/2008 |
| 170616. | 10/30/08 9:33a | NOTEMOT NJ Document Printed. | TZH | 10/30/2008 |
| 170616. | 10/30/08 9:33a | DFLTORDR1NOTED Document Printed. | TZH | 10/30/2008 |
| 170616.001 | 10/30/08 9:33a | Stat Chng From: 111-NOTICE OF APPEARANCE RCVD - To: 122-DEFAULT HEARING NOTED | TZH | 10/30/2008 |
| 170616.001 | 10/30/08 9:33a | Status Date Was: 10/06/2008 | TZH | 10/30/2008 |
| 170616. | 10/30/08 9:33a | Action: 12/04/2008 09:00 AM CD COURT DATE D/J - EX-PARTE - 9AM - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 12/03/2008 04:22 P By: MTC | TZH | 12/04/2008 |
| 17??6. | 10/30/08 9:34a | [YGC-L129]Default Requested - Comment=NOTE FOR MOTION FOR D/J SET FOR 12/4/08 AT 9AM IN FRONT OF THE EX-PARTE JUDGE - TrxUploaded=10/31/2008 08:48:58 | TZH | 10/30/2008 |
| 170616. | 11/03/08 11:51a | Image Imported with a description of: Motion for DJ | TZH | 11/03/2008 |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 | | |
|---|---|---|---|---|
| Receiving Atty: | | Type: | | |
| Sort Order: | None | Responsible Atty/Collector: Karen L Hammer | | |

| File | Date/Time | Description | User | Date |
|---|---|---|---|---|
| 170616. | 11/05/08 3:31p | [YGC-W107]Debtor Called in - Comments=no result - TrxUploaded=11/06/2008 08:50:25 | MSC | 11/05/2008 |
| 170616.001 | 11/05/08 3:32p | d had legal q's about default judgment. told her to contact an atty | MSC | 11/05/2008 |
| 170616.001 | 11/26/08 12:26p | FILE PULLED FOR COURT | TZH | 11/26/2008 |
| 170616. | 12/03/08 4:21p | Pro Se (DAT001) removed. | MTC | 12/03/2008 |
| 170616. | 12/03/08 4:21p | Pro Se (DAT001) removed. | MTC | 12/03/2008 |
| 170616. | 12/03/08 4:21p | Michael Kinkley (DAT001) added. - TrxUploaded=12/04/2008 08:40:43 | MTC | 12/03/2008 |
| 170616.001 | 12/03/08 4:22p | TZH- please strike hearing and re-note for 1/8/09 - EmailedOn=12/03/2008 by MTC | MTC | 12/03/2008 |
| 170616. | 12/03/08 4:22p | Action: 01/15/2009 09:00 AM CD COURT DATE D/J - EX-PARTE - 9AM - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 12/03/2008 04:39 P By: TZH | MTC | 01/15/2009 |
| 170616.001 | 12/03/08 4:24p | Rec'd call from Kinkley requesting continuance of DJ hearing to file answer- will send agreed order to D atty re-noting to 1/8/09 | MTC | 12/03/2008 |
| 170616. | 12/03/08 4:27p | CLKLTRTZHJD Document Printed. | TZH | 12/03/2008 |
| 170616.001 | 12/03/08 4:27p | | | |
| 170616. | 12/03/08 4:28p | NOTEMOT NJ PP Document Printed. | TZH | 12/03/2008 |
| 170616. | 12/03/08 4:29p | DNC Was: On. | MTC | 12/03/2008 |
| 170616. | 12/03/08 4:29p | DEC MAILTZHDJ PP Document Printed. | TZH | 12/03/2008 |
| 170616.001 | 12/03/08 4:31p | MTC, FYI: you entered the new CD as 1/15/09. - EmailedOn=12/03/2008 by TZH | TZH | 12/03/2008 |
| 170616.001 | 12/03/08 4:32p | HEARING STRICKEN. DJ RE-NOTED FOR 1/8/09 PER MTC | TZH | 12/03/2008 |
| 170616. | 12/03/08 4:39p | Action: 01/08/2009 09:00 AM CD COURT DATE D/J - EX-PARTE - 9AM - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 01/07/2009 06:37 P By: MTC | TZH | 01/08/2009 |
| 170616. | 12/03/08 5:37p | Image added with a description of: Kinkley NOA | MTC | 12/03/2008 |
| 170616. | 12/04/08 5:38p | Image Imported with a description of: Motion for DJ | JJK | 12/04/2008 |
| 170616. | 12/09/08 2:17p | Image added with a description of: Order of continuance | MTC | 12/09/2008 |
| 170616.001 | 12/09/08 3:05p | MAILED COPY OF ORDER OF CONTINUANCE TO ATTORNEY | DFK | 12/09/2008 |
| 170616.001 | 12/10/08 5:12p | Rec'd notice of association from Kirk D. Miller | MTC | 12/10/2008 |
| 170616. | 12/10/08 5:13p | Kirk D. Miller (DAT002) added. - TrxUploaded=12/11/2008 08:29:05 | MTC | 12/10/2008 |
| 170616.001 | 12/11/08 7:57a | PER MTC, PREPPED LETTER TO ATTORNEY MICHAEL KINKLEY RE: NOTICE OF ASSOCIATION. CC TO ATTORNEY KIRK MILLER | DFK | 12/11/2008 |
| 170616. | 12/11/08 10:32a | Image added with a description of: Notice of Appearance | SLH | 12/11/2008 |
| 170616. | 12/11/08 11:17a | Image added with a description of: Letter to Atty Kinkley | DFK | 12/11/2008 |
| 170616.001 | 12/11/08 11:17a | MAILED LETTER TO ATTORNEY MICHAEL KINKLEY RE: NOTICE OF ASSOCIATION. CC TO ATTORNEY KIRK MILLER | DFK | 12/11/2008 |
| 170616.001 | 12/31/08 10:50a | Cost $20.00 EX:Exparte Fee FundedBy:Firm Oper Acct RemitRpt:10/27/2009 T#1660483 | EMH | 12/04/2008 |
| 170616.001 | 01/02/09 8:32a | YGC Financial: *CC:D146 Uploaded For Cost: EX | MAM | 01/02/2009 |
| 170616. | 01/05/09 5:11p | FILE PULLED FOR COURT | TZH | 01/05/2009 |
| 170616.001 | 01/07/09 6:37p | Stat Chng From: 122-DEFAULT HEARING NOTED - To: 120-AN ANSWER FILED - Uploaded: 01/08/09: YGC Code P114 | MTC | 01/07/2009 |

Client: RGS1 - MIDLAND CREDIT MANAGEMENT  
Receiving Atty:  
S/O Order: None  
Status: 417  
Type:  
Responsible Atty/Collector: Karen L Hammer

| File | Date/Time | Note | User | Date |
|---|---|---|---|---|
| 170616.001 | 01/07/09 6:37p | Status Date Was: 10/30/2008 | MTC | 01/07/2009 |
| 170616. | 01/07/09 6:37p | Action: 01/07/2009 12:00 AM SJ MOVE FOR S/J AssignedTo:TZH Court:SPOKAN Advanced AD-Advance: 01/28/2009 03:40 P By: TZH | MTC | 01/07/2009 |
| 170616.001 | 01/07/09 6:37p | Rec'd answer from D atty Kirk Miller- general denial and SOL plead | MTC | 01/07/2009 |
| 170616.001 | 01/07/09 6:38p | TZH- strike hearing, d filed answer, although not sure if you have to strike in Spokane since it - is all ex-parte - EmailedOn=01/07/2009 by MTC | MTC | 01/07/2009 |
| 170616. | 01/07/09 6:39p | Image added with a description of: D atty's Answer | MTC | 01/07/2009 |
| 170616.001 | 01/08/09 8:59a | HEARING STRICKEN | TZH | 01/08/2009 |
| 170616.001 | 01/08/09 9:11a | MTC, can you please let me know which atty is Datty? Or should I send motion to both attys? - Thank you! - EmailedOn=01/08/2009 by TZH | TZH | 01/08/2009 |
| 170616. | 01/28/09 3:40p | Action: 02/27/2009 12:00 AM SJ MOVE FOR S/J AssignedTo:TZH Court:SPOKAN Cancelled CM-Completion: 02/15/2009 11:15 A By: KLH | TZH | 02/27/2009 |
| 170616.001 | 01/28/09 3:41p | | | |
| 170616.001 | 01/29/09 11:03a | FILE & DOCS TO KLH TO REVIEW | TZH | 01/29/2009 |
| 170616.001 | 02/15/09 11:15a | Stat Chng From: 120-AN ANSWER FILED - To: 417-HC-HOLDING FOR CLIENT | KLH | 02/15/2009 |
| 170616.001 | 02/15/09 11:15a | Status Date Was: 01/07/2009 | KLH | 02/15/2009 |
| 170616. | 02/15/09 11:15a | Action: 03/09/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - WAITING ON DOCS - Datty filed answer - waiting on docs - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 03/07/2009 09:50 A By: WGS | KLH | 03/09/2009 |
| 170616.001 | 02/15/09 11:16a | SAB - order application, all billing statements, payment clips on this account - EmailedOn=02/15/2009 by KLH | KLH | 02/15/2009 |
| 170616. | 02/15/09 11:17a | | | |
| 170616. | 02/17/09 11:00a | [YGC-S126]Request Affidavit from Client - Comment= - Debtor Selection=Debtor 1 - TrxUploaded=02/18/2009 10:03:21 | SAB | 02/17/2009 |
| 170616. | 02/17/09 11:00a | | | |
| 170616. | 02/17/09 11:00a | | | |
| 170616. | 02/17/09 11:01a | | | |
| 170616. | 02/17/09 11:01a | Action: 02/18/2009 12:00 AM RN READ NOTES resubmit codes - AssignedTo:SAB Court:SPOKAN Cancelled CM-Completion: 02/18/2009 04:30 P By: SAB | SAB | 02/18/2009 |
| 170616. | 02/18/09 4:30p | | | |
| 170616. | 02/18/09 4:30p | | | |
| 170616. | 02/18/09 4:30p | | | |
| 170616. | 02/18/09 4:30p | Action: 03/20/2009 12:00 AM FU FOLLOW-UP BST 2/18/09 - AssignedTo:SAB Court:SPOKAN Cancelled CM-Completion: 03/09/2009 08:54 A By: SAB | SAB | 03/20/2009 |
| 170616. | 02/19/09 9:17a | | | |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | | Status: 417 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Court Order: | None | | Responsible Atty/Collector: Karen L Hammer | | |

| | | | | | |
|---|---|---|---|---|---|
| 170616. | 02/19/09 9:17a | | | | |
| 170616. | 02/26/09 2:35p | [YGC-W122]Comment - Comment=MCM AFF RECD - TrxUploaded=02/27/2009 08:31:42 | | AYL | 02/26/2009 |
| 170616. | 03/07/09 9:47a | Flash2: New Information Added | | WGS | 03/07/2009 |
| 170616.001 | 03/07/09 9:49a | | | | |
| 170616. | 03/07/09 9:50a | Action: 03/16/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - WAITING ON DOCS - Datty filed answer - waiting on docs - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 03/19/2009 03:07 P By: WGS | | WGS | 03/16/2009 |
| 170616.001 | 03/08/09 2:33p | | | | |
| 170616. | 03/09/09 8:55a | Image Imported with a description of: Billing Statements | | SAB | 03/09/2009 |
| 170616. | 03/09/09 8:55a | Image Imported with a description of: Billing Statements | | SAB | 03/09/2009 |
| 170616. | 03/09/09 8:56a | Image Imported with a description of: Billing Statements | | SAB | 03/09/2009 |
| 170616. | 03/09/09 9:52a | Image added with a description of: billing statments | | WGS | 03/09/2009 |
| 170616. | 03/19/09 3:07p | Action: 03/30/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - WAITING ON DOCS - Datty filed answer - waiting on docs - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 03/27/2009 02:10 P By: WGS | | WGS | 03/30/2009 |
| 170616.001 | 03/24/09 4:07p | NJU- can you run postal trace on D at 3417 E/ 36th Ave Spokane 99223 in 2004, please - advise, thanks - EmailedOn=03/24/2009 by MTC | | MTC | 03/24/2009 |
| 170616.001 | 03/24/09 4:10p | | | | |
| 170616. | 03/27/09 2:10p | Action: 04/06/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - WAITING ON DOCS - Datty filed answer - waiting on docs- Accurin show D at address on billing - statements when they were sent- sent rogs or RFAs? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 04/09/2009 08:40 A By: MTC | | WGS | 04/06/2009 |
| 170616.001 | 03/27/09 4:14p | Accurint confirms D lived at 3417 E 36th Ave, Spokane, from Feb 2001 - November 2005 | | NJU | 03/27/2009 |
| 170616.001 | 04/09/09 8:23a | | | | |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 | | |
|---|---|---|---|---|
| Receiving Atty: | | Type: | | |
| t Order: | None | Responsible Atty/Collector: Karen L Hammer | | |

| | | | | |
|---|---|---|---|---|
| 170616. | 04/09/09 8:40a | Action: 04/13/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - WAITING ON DOCS more docs? - Datty filed answer -Accurin show D at address on billing stmts- rogs/RFAs ready - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 04/15/2009 09:05 A By: WGS | MTC | 04/13/2009 |
| 170616. | 04/09/09 8:57a | REQ4ADM PP Document Printed. | DFK | 04/09/2009 |
| 170616.001 | 04/09/09 8:57a | PER MTC, PREPPED REQ4 ADM | DFK | 04/09/2009 |
| 170616. | 04/10/09 10:37a | PLEADING FORM WASH Document Printed. | DFK | 04/10/2009 |
| 170616.001 | 04/10/09 10:47a | PER MTC, PREPPED INTERROGATORIES | DFK | 04/10/2009 |
| 170616. | 04/10/09 11:02a | DEC MAIL PP Document Printed. | DFK | 04/10/2009 |
| 170616.001 | 04/14/09 9:13a | PER MTC, PREPPED LETTER TO ATTORNEY KINKLEY RE: DISCOVERY AND SETTLEMENT OFFER. CC TO ATTORNEY MILLER | DFK | 04/14/2009 |
| 170616. | 04/15/09 9:05a | Action: 04/27/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - more docs? - Datty filed answer -Accurin show D at address on billing stmts- rogs/RFAs to D atty - response? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 04/29/2009 10:59 A By: MTC | WGS | 04/27/2009 |
| 170616. | 04/15/09 10:16a | Image added with a description of: Req4 Adm | DFK | 04/15/2009 |
| 170616. | 04/15/09 10:17a | Image added with a description of: Plaintiff's First Interrogatories | DFK | 04/15/2009 |
| 170616. | 04/15/09 10:18a | Image added with a description of: Letter to Atty | DFK | 04/15/2009 |
| 170616.001 | 04/15/09 10:21a | MAILED LETTER TO ATTORNEY KINKLEY RE: DISCOVERY AND SETTLEMENT OFFER. CC TO ATTORNEY MILLER | DFK | 04/15/2009 |
| 616. | 04/29/09 10:59a | Action: 05/11/2009 12:00 AM CD COURT DATE KINKLEY APPEARANCE - more docs? - Datty filed answer -Accurin show D at address on billing stmts- rogs/RFAs to D atty - response? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 05/17/2009 12:18 P By: KLH | MTC | 05/11/2009 |
| 170616. | 05/17/09 12:18p | Action: 05/18/2009 12:00 AM CD COURT DATE MTC - KINKLEY APPEARANCE - more docs? - Datty filed answer -Accurin show D at address on billing stmts- rogs/RFAs to D atty - response? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 05/17/2009 04:06 P By: MTC | KLH | 05/18/2009 |
| 170616. | 05/17/09 4:06p | | | |
| 170616.001 | 05/19/09 4:56p | rec'd respoinses to Req4admiss-to MTC | ILH | 05/19/2009 |
| 170616.001 | 05/19/09 7:02p | | | |
| 170616. | 05/19/09 7:03p | Image added with a description of: D's Response to RFAs | MTC | 05/19/2009 |
| 170616. | 06/01/09 7:52a | | | |

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 | |
|---|---|---|---|
| Receiving Atty: | | Type: | |
| Sort Order: | None | Responsible Atty/Collector: Karen L Hammer | |

| File | Date/Time | Description | User | Date |
|---|---|---|---|---|
| 0616.001 | 06/01/09 8:13a | | | |
| 170616.001 | 06/01/09 9:58a | | | |
| 170616. | 06/07/09 2:51p | | | |
| 170616. | 06/07/09 7:19p | | | |
| 170616. | 06/12/09 2:39p | Image added with a description of: Cardholder Agreement | MTC | 06/12/2009 |
| 170616. | 06/12/09 2:39p | Image added with a description of: Midland screen printout | MTC | 06/12/2009 |
| 170616.001 | 06/19/09 9:21a | Prepared Letter to Attorney per MTC | TMR | 06/19/2009 |
| 170616. | 06/19/09 11:31a | AGREEDORDDIS PP Document Printed. | TMR | 06/19/2009 |
| 170616. | 06/19/09 11:31a | Action: 07/20/2009 12:00 AM RN READ NOTES AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 07/05/2009 09:10 P By: KLH | TMR | 07/20/2009 |
| 170616. | 06/21/09 5:07p | Action: 06/29/2009 12:00 AM CD COURT DATE MTC - Datty respond to mutual dismisal- sent ltr & called- note SJ - AssignedTo:MTC Court:SPOKAN Advanced AD-Advance: 07/06/2009 08:39 A By: MTC | MTC | 06/29/2009 |
| 170616. | 06/22/09 9:29a | Image Imported with a description of: Letter to Attorney | TMR | 06/22/2009 |
| 170616.001 | 06/22/09 9:30a | Mailed Letter to Attorney per MTC | TMR | 06/22/2009 |
| 170616.001 | 07/01/09 10:13a | ILH- Per court clerk- no pending court dates/show cause - EmailedOn=07/01/2009 by MTC | MTC | 07/01/2009 |
| 170616.001 | 07/01/09 10:16a | Called D atty lft msg regarding offer to dismiss- advised if no response by end of week we would note SJ | MTC | 07/01/2009 |
| 170616.001 | 07/01/09 5:36p | | | |
| 170616.001 | 07/05/09 9:11p | | | |
| 170616. | 07/06/09 8:39a | | | |
| 0616. | 07/06/09 8:40a | | | |

Suttell 986

P34

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | | Status: 417 Type: | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Responsible Atty/Collector: Karen L Hammer | | |
| Sort Order: | None | | | | |
| 170616. | 08/09/09 5:12p | Action: 08/24/2009 12:00 AM CD COURT DATE Kinkley suing- service? - AssignedTo:MTC Court:SPOKAN Advanced AD-Advance: 08/24/2009 02:24 P By: KLH | MTC | 08/24/2009 |
| 170616.001 | 08/20/09 3:15p | | | |
| 170616. | 08/24/09 2:24p | Action: 08/31/2009 12:00 AM CD COURT DATE Kinkley suing- service? - AssignedTo:MTC Court:SPOKAN Cancelled CM-Completion: 08/24/2009 02:30 P By: MTC | KLH | 08/31/2009 |
| 170616.001 | 08/24/09 2:29p | Prepped RPDs and Roggs to send to D atty | MTC | 08/24/2009 |
| 170616. | 08/24/09 2:30p | Action: 09/28/2009 12:00 AM CD COURT DATE DX response from Kinkley? Meet & Confer? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 10/04/2009 05:00 P By: MTC | MTC | 09/28/2009 |
| 170616. | 08/24/09 2:31p | Action: 08/31/2009 12:00 AM CD COURT DATE FDCPA suit served? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 09/07/2009 08:43 P By: KLH | MTC | 08/31/2009 |
| 170616. | 08/25/09 10:56a | DEC MAIL PP Document Printed. | DFK | 08/25/2009 |
| 170616. | 08/25/09 10:57a | Image added with a description of: Requests for Production | DFK | 08/25/2009 |
| 170616. | 08/25/09 10:59a | Image added with a description of: Interrogatories | DFK | 08/25/2009 |
| 170616.001 | 08/25/09 11:00a | MAILED REQUESTS FOR PRODUCTION AND INTERROGATORIES TO ATTORNEYS | DFK | 08/25/2009 |
| 170616.001 | 08/27/09 2:05p | | | |
| 616. | 09/07/09 8:43p | Action: 09/07/2009 12:00 AM CD COURT DATE FDCPA suit served? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 09/27/2009 11:13 A By: KLH | KLH | 09/07/2009 |
| 170616. | 09/15/09 10:25a | Image added with a description of: Billing Statements | DWK | 09/15/2009 |
| 170616. | 09/27/09 11:13a | Action: 09/28/2009 12:00 AM CD COURT DATE FDCPA suit served? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 10/04/2009 05:00 P By: MTC | KLH | 09/28/2009 |
| 170616. | 10/04/09 5:00p | Action: 10/05/2009 12:00 AM CD COURT DATE FDCPA suit served? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 10/12/2009 04:25 P By: MTC | MTC | 10/05/2009 |
| 170616. | 10/04/09 5:00p | Action: 10/05/2009 12:00 AM CD COURT DATE DX response from Kinkley? Meet & Confer? - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 10/12/2009 04:26 P By: MTC | MTC | 10/05/2009 |
| 170616. | 10/12/09 4:25p | Action: 10/12/2009 12:00 AM CD COURT DATE FDCPA suit served on all but Jane Doe Case- answer filed - Rec'd Kinkly's response to DX 10/23 - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 11/16/2009 02:19 P By: MTC | MTC | 10/12/2009 |
| 170616. | 10/12/09 4:26p | Action: 10/12/2009 12:00 AM CD COURT DATE DX response from Kinkley? Meet & Confer? - AssignedTo:KLH Court:SPOKAN Cancelled CM-Completion: 10/25/2009 06:05 P By: MTC | MTC | 10/12/2009 |
| 170616.001 | 10/23/09 10:40a | | | |
| J616.001 | 10/23/09 10:42a | | | |

Client:         RGS1 - MIDLAND CREDIT MANAGEMENT          Status: 417
Receiving Atty:                                          Type:
Court Order:    None                    Responsible Atty/Collector: Karen L Hammer

| File | Date/Time | Description | Code | Date |
|---|---|---|---|---|
| 170616. | 10/25/09 6:08p | Image added with a description of: D's Response to Roggs | MTC | 10/25/2009 |
| 170616. | 10/25/09 6:10p | Image added with a description of: D's Response to RPDs | MTC | 10/25/2009 |
| 170616. | 11/09/09 11:53a | Image added with a description of: Ltr from D atty | MTC | 11/09/2009 |
| 170616. | 11/09/09 11:57a | Image added with a description of: D's Mtn and Memo to Dismiss | MTC | 11/09/2009 |
| 170616. | 11/09/09 12:03p | Image added with a description of: D's Dec in Support of Mtn to Dismiss | MTC | 11/09/2009 |
| 170616.001 | 11/12/09 5:46a | | | |
| 170616.001 | 11/12/09 5:49a | | | |
| 170616.001 | 11/12/09 9:12a | | | |
| 170616. | 11/16/09 2:19p | | | |
| 170616.001 | 11/16/09 2:22p | | | |
| 170616. | 12/07/09 6:49p | | | |
| 170616. | 12/07/09 6:49p | | | |
| 170616.001 | 12/07/09 6:50p | | | |
| 170616. | 12/08/09 2:18p | | | |
| 170616. | 12/08/09 2:40p | | | |
| 170616. | 12/08/09 2:41p | | | |
| 170616.001 | 12/08/09 2:42p | | | |

Suttell 988

P36

Client: RGS1 - MIDLAND CREDIT MANAGEMENT  
Receiving Atty:  
Sort Order: None  
Status: 417  
Type:  
Responsible Atty/Collector: Karen L Hammer

| File | Date/Time | Description | User | Date |
|---|---|---|---|---|
| 16.001 | 12/11/09 5:02p | | | |
| 170616.001 | 12/11/09 5:02p | | | |
| 170616. | 12/14/09 8:04a | Image added with a description of: Letter from Atty | DWK | 12/14/2009 |
| 170616.001 | 12/15/09 11:49a | | | |
| 170616.001 | 12/15/09 11:49a | | | |
| 170616.001 | 12/15/09 11:54a | | | |
| 16.001 | 12/17/09 7:36a | Cost $69.50 PSF:Process Service FundedBy:Firm Oper Acct "Debtor: 001" T#2159049 | NJU | 12/17/2009 |
| 170616. | 12/17/09 7:36a | Process Server: ABC Process Server<br>Debtor: 001: GRAY/KELLI<br>Claim: 001: 5770915024932872<br>Comments: Served on CYNTHIA JONES AGENT FOR CORPORATION | NJU | 12/17/2009 |
| 170616.001 | 12/17/09 8:24a | PER SERVER>> - Person Served: CYNTHIA JONES, AGENT FOR CORPORATION SERVICES COMPANY, REGISTERED AGENT - Date Served: Dec 11 2009 9:45AM | RAP | 12/17/2009 |
| 170616.001 | 12/18/09 5:14p | KELLI GRAY - 300 DESCHUTES WY SW #304 TUMWATER - SERVED 12/11/09 - ADDRESS - EmailedOn=12/18/2009 by MLS | MLS | 12/18/2009 |
| 170616.001 | 12/19/09 8:14a | MTC- RA served - EmailedOn=12/19/2009 by NJU | NJU | 12/19/2009 |
| 170616.001 | 12/27/09 9:54p | Mr. Kinkley, - This email is to inform you that the business records subpoena of Eddie Bauer set for 12/28 has been stricken. - - Mark T. Case | MTC | 12/27/2009 |
| 170616. | 01/04/10 8:23a | Action: 01/04/2010 12:00 AM CD COURT DATE Re-do Depo - AssignedTo:KLH Court:SPOKAN Advanced AD-Advance: 02/05/2010 10:07 A By: ILH | MTC | 01/04/2010 |
| 170616.001 | 01/04/10 11:08a | PER MTC, PREPPED LETTER TO ATTORNEY RE: RECORDS DEPOSITION OF EDDIE BAUER HOLDINGS | DFK | 01/04/2010 |
| 170616. | 01/04/10 11:10a | PLEADING FORM WASH Document Printed. | DFK | 01/04/2010 |
| 170616.001 | 01/04/10 11:22a | PER MTC, PREPPED AFF OF EDDIE BAUER HOLDINGS LLC | DFK | 01/04/2010 |
| 170616. | 01/07/10 2:09p | Image added with a description of: Letter to Atty | DFK | 01/07/2010 |
| 16.001 | 01/07/10 2:09p | MAILED LETTER TO ATTORNEY RE: RECORDS DEPOSITION OF EDDIE BAUER HOLDINGS | DFK | 01/07/2010 |

Suttell 989

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 |
|---|---|---|
| Receiving Atty: | | Type: |
| Order: | None | Responsible Atty/Collector:  Karen L Hammer |

1/0616.001    01/12/10 5:45p



Suttell 990

| Client: | RGS1 - MIDLAND CREDIT MANAGEMENT | Status: 417 | | |
|---|---|---|---|---|
| Receiving Atty: | | Type: | | |
| Sort Order: | None | Responsible Atty/Collector: Karen L Hammer | | |

| | | | | |
|---|---|---|---|---|
| 170616. | 01/13/10 10:36a | Image added with a description of: AMENDED ANSWER | SLH | 01/13/2010 |
| 170616.001 | 01/13/10 4:37p | | | |
| 170616.001 | 01/13/10 4:39p | | | |
| 170616.001 | 01/14/10 11:42a | | | |
| 170616.001 | 01/14/10 11:42a | | | |
| 170616.001 | 02/04/10 3:33p | | | |
| 170616. | 02/05/10 10:07a | | | |
| 170616. | 02/08/10 10:35a | | | |
| 170616.001 | 06/16/10 2:47p | | | |
| 170616. | 06/24/10 3:51p | | | |

Suttell 991