Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all other similarly
situated,

           Plaintiff,

           v.

SUTTELL & ASSOCIATES;
MIDLAND FUNDING, LLC; MARK
T. CASE, and JANE DOE CASE,
husband and wife, KAREN HAMMER
and JOHN DOE HAMMER

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV-09-251-EFS

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER

The Defendants have objected to the production of certain documents

requested in the Plaintiff's written discovery on the basis they contain confidential

and private information. The Defendants have refused to produce these documents

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER - 1

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

until a protective order is in place. The Plaintiff has provided defense counsel with

a proposed stipulated protective order similar to the one presented to this Court.

(Ct. Rec. 64-1).

Dated this 6th day of August, 2010.


*Michael D. Kinkley P.S.*


s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER - 2

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:


Michael D. Kinkley          mkinkley@qwestoffice.net, pleadings@qwestoffice.net;

Scott M. Kinkley           skinkley@qwestoffice.net;

Kirk D. Miller             kmiller@millerlawspokane.com

Carl E. Hueber             ceh@winstoncashatt.com;

John D. Munding            munding@crumb-munding.com


*Michael D. Kinkley P.S.*


s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER - 3

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611