1  Michael D. Kinkley
2  Scott M. Kinkley
   Michael D. Kinkley, P.S.
3  4407 N. Division, Suite 914
   Spokane, WA 99207
4  (509) 484-5611
5  mkinkley@qwestoffice.net
   skinkley@qwestoffice.net
6
7  Kirk D. Miller
   Kirk D. Miller, P.S.
8  209 E. Sprague Ave.
   Spokane, WA 99202
9  (509) 413-1494
10 kmiller@millerlawspokane.com

11              UNITED STATES DISTRICT COURT
12         FOR THE EASTERN DISTRICT OF WASHINGTON

13 KELLI GRAY, and all other similarly   )
   situated,                             )
14                                        )
                                          )
15            Plaintiff,                  )   Case No.: CV-09-251-EFS
                                          )
16       v.                               )   NOTE FOR HEARING ON
                                          )   PLAINTIFF'S MOTION TO COMPEL
17                                        )   DISCOVERY RESPONSES TO
   SUTTELL & ASSOCIATES;                  )   PLAINTIFF'S SECOND SET OF
18 MIDLAND FUNDING, LLC; MARK             )   INTERROGATORIES AND
   T. CASE, and JANE DOE CASE,            )   REQUESTS FOR PRODUCTION
19 husband and wife, KAREN HAMMER         )
   and JOHN DOE HAMMER                    )
20                                        )   WITH ORAL ARGUMENT
                                          )
21            Defendants.                 )
                                          )
22 TO:   Defendants, and your attorneys of record; and
23 TO:   The Clerk of the Court
24
25 PLEASE TAKE NOTICE that a hearing regarding Plaintiff's Motion to Compel

   Responses to Plaintiff's Second Set of Requests for Production and Interrogatories
   NOTE FOR HEARING  - 1                         Michael D. Kinkley P.S.
                                                  4407 N. Division, Suite 914.
                                                  Spokane, WA 99207
                                                  (509) 484-5611

1   served on Defendant on June 15, 2010, will be held on September 9, 2010 at 2:30

2   p.m., before Judge Edward F. Shea, at the Richland Courthouse with oral

3

4   argument.

5       Dated this the 10th day of August, 2010

6                                              ***Michael D. Kinkley P.S.***

7

8                                              s/Scott M. Kinkley
                                               Scott M. Kinkley
9                                              WSBA # 42434
                                               Attorney for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTE FOR HEARING  - 2                          Michael D. Kinkley P.S.
                                               4407 N. Division, Suite 914.
                                               Spokane, WA 99207
                                               (509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

Michael D. Kinkley P.S.
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611