Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all other similarly situated,

    Plaintiff,

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER

    Defendants.

Case No.: CV-09-251-EFS

NOTE FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORIES FROM DEFENDANTS MARK T. CASE and KAREN HAMMER

TO:    Defendants], and your attorneys of record; and

TO:    The Clerk of the Court

PLEASE TAKE NOTICE that a hearing regarding Plaintiff's Motion to (1) Compel Response to Plaintiff's Second Set of Requests for Production and Second

NOTE FOR HEARING - 1

KIRK D. MILLER, P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

Set of Interrogatories that were served on Defendants Case and Hamer on June 15, 2010, will be held on September 9, 2010 at 2:30 p.m., before Judge Edward F. Shea, at the Richland Courthouse with oral argument.

Dated this the 10th day of August, 2010

*Kirk D. Miller, P.S.*

/s/ Kirk D. Miller
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Kirk D. Miller, P.S.*

  /s/ Kirk D. Miller
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com