Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>　　　　　Defendants. | Case No.: CV-09-251-EFS<br><br>MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES FROM DEFENDANTS SUTTELL & ASSOCIATES |

Plaintiff Kelli Gray, through her attorney Kirk D. Miller of Kirk D. Miller, P.S., requests that the Court enter an Order compelling Defendant Suttell &

Associates to produce documents in Response to Plaintiff's Second Set of Requests for Production and Second Set of Interrogatories that were served on this Defendant on June 1, 2010 and June 16, 2010, respectively.

The Plaintiff requests attorney fees and costs pursuant to FRCP 37(a)(4)(A).

This motion is based on Fed R. Civ. P. 26, 33, 34 & 37, the Memorandum in Support of Plaintiff's Motion to Compel, the Declaration of Kirk D. Miller in Support of Motion to Compel, and the files and pleadings herein.

I certify that I have in good faith conferred with Carl Heuber of Winston & Cashatt., the attorney for the Defendants Suttell & Associates, Mark T. Case, Jane Doe Case, Karen Hammer, and John Doe Hammer in an effort to secure the discovery disclosures without court action.

Dated this the 10th day of August, 2010

*Kirk D. Miller, P.S.*

　　/s/ Kirk D. Miller
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com

MOTION TO COMPEL DISCOVERY - 2

KIRK D. MILLER, P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Kirk D. Miller, P.S.*

　/s/ Kirk D. Miller　
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com