Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KELLI GRAY, and all other similarly situated,

    Plaintiff,

v.

SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER

    Defendants.

Case No.: CV-09-251-EFS

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION REGARDING NET WORTH TO THE SUTTELL DEFENDANTS

On March 2, 2010, Plaintiff served the Suttell Defendants with the discovery regarding their net worth. Their responses were due of April 1, 2010. On April 6, 2010, the Suttell Defendants served their response objecting to each and every

request and interrogatory. Defendants wholly refused to provide any answer or production claiming that each request was "overly broad, burdensome, intended to cause annoyance and embarrassment, and premature as no class has been certified." Defendants further indicated that each "will provide information as to his net worth at such time as the court rules on class certification upon to execution of a Stipulated Protective Order." Defendants failed to move for a protective order and have never offered a protective order for Plaintiff to consider. Therefore, Plaintiff offered to the Defendants, and now has requested that the Court enter a proposed protective order. (Ct. Rec. 65). Plaintiff moved for class certification on July 12, 2010. (Ct. Rec. 28). The hearing on class certification is scheduled for September 9, 2010.

Defendants' net worth is an issue in a putative FDCPA class action. 15 USC § 1692k(a)(2)(B). In an FDCPA class action the class is entitled to up to one percent (1%) of the net worth of each defendant as class statutory damages.

In the January 11, 2010, Order and Notice Setting the scheduling conference the Court required the parties to discus and determine whether any party would seek, "**(4) bifurcation of the discovery process if either party anticipates seeking class certification, i.e. class certification-focused discovery & all other discovery.**" (Ct. Rec. 14, p.2) (emphasis in original). No party requested bifurcation. (Ct. Rec. 18).

MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
- 2 -

MICHAEL D. KINKLEY P.S.
N. 4407 Division, Suite 914
Spokane Washington 99207
(509) 484-5611

Plaintiff requires the information requested in the "net worth" written discovery to support preparation of an expert report due September 7, 2010. Defendant Midland Funding, LLC has agreed to stipulate to a net worth in excess of Fifty Million Dollars ($50,000,000.00) indicating a cap of Five Hundred Thousand Dollars ($500,000.00) for the purposes of determination of the maximum amount of the class statutory damages available. 15 USC § 1692k(a)(2)(B). The Motion to Compel is only directed to the Suttell Defendants.

In the event that the trial date is continued and a new scheduling order entered (as requested by the parties), Plaintiff would propose that Defendants be required to fully respond to the "net worth" written discovery within thirty (30) days following the Court's Order certifying a class. The Plaintiff requests that the Court then allow sixty (60) days from the receipt of those responses for the Plaintiff to serve (and email to the Court) the net worth expert report.

Dated this the 10th day of August, 2010

*Michael D. Kinkley, P.S.*

   s/ Scott M. Kinkley
Scott M. Kinkley
Attorney for Plaintiff
WSBA # 42434
(509) 484-5611
skinkley@qwestoffice.net

MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
- 3 -

MICHAEL D. KINKLEY P.S.
N. 4407 Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net