Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
Kirk D. Miller, P.S.
209 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
(509) 413-1724 Fax

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>    Defendants. | Case No.: CV-09-251-EFS<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS RE: MOTION FOR PARTIAL SUMMARY JUDGMENT RE: ATTORNEY FEES |

    1. <u>Suttell Defendants' Fact #1</u>. Disputed. Midland Funding, LLC denies that it hired Suttell & Hammer, LLC. (Ct. Rec. 73-1). Plaintiff disputes that the alleged debt originated from First Consumer National

Bank. Defendant has not produced any competent, reliable or admissible evidence identifying FCNB as originating the account. The alleged obligation of Kelli Gray originated from a transaction in goods between Kelli Gray and Spiegel's website. (Ct. Rec. 54).

2. <u>Suttell Defendants Fact # 2</u>. Admit.

3. <u>Suttell Defendants' Fact # 3</u>. Admit.

4. <u>Suttell Defendants' Fact # 4</u>. Disputed. Plaintiff disputes that analysis is done to determine the statute of limitations from the date of last payment. (Ct. Rec. 42-1, p. 34-37; additional facts in dispute to be supplemented once the Karen Hammer and Tu Uyen Huynh deposition transcripts are available). Admit the remaining portions of Suttell Defendants Fact # 4.

5. <u>Suttell Defendants' Fact # 5</u>. Disputed. The demand letters are generated by automated computer procedures. (Ct. Rec. 42-1, p. 24-27; additional facts in dispute to be supplemented once the Karen Hammer and Tu Uyen Huynh deposition transcripts are available).

6. <u>Suttell Defendants' Fact # 6.</u> Disputed. The Suttell Defendants do not request the "appropriate" documentation. *Id.* The Suttell Defendants do not request documentation from their "client." (Ct. Rec. 42-1, p. 32; (Ct. Rec. 73-1).

7. Suttell Defendants' Fact # 7. Admit.

8. Suttell Defendants' Fact # 8. Disputed. Suttell's Summonses and Complaints are not "created" by "paralegals." The Summaons and Complaint are "printed" from an automated computer process. (Ct. Rec. 42-1, p. 24-27; additional facts in dispute to be supplemented once the Karen Hammer and Tu Uyen Huynh deposition transcripts are available) Suttell's Summons and Complaints are generated by automated computer procedures. *Id*. The "standardized" Attorney fees are requested in all cases except less than one percent (1%). *Id.*

9. Suttell Defendants' Fact # 9. Admit.

10. Suttell Defendants' Fact # 10. Disputed. The file is automatically monitored by JST computer software. (Ct. Rec. 42-1, p. 24-27; additional facts in dispute to be supplemented once the Karen Hammer and Tu Uyen Huynh deposition transcripts are available). A "paralegal" does not generate a default packet. *Id.* A "paralegal" does not obtain an affidavit from the client. *Id.* The loan documents do not pertain to the file. *Id.* The purported loan documents are not received with the affidavit. *Id.* The chain of title documentation is not furnished by the client. *Id.* Denied. Suttell's Summonses and Complaints are not created by "paralegals." *Id.* Suttell's Summons and Complaints are

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

generated by automated computer procedures. *Id*. Attorney fees are requested in all cases except less than one percent (1%). *Id.*

11. <u>Suttell Defendants' Fact # 11.</u> Admit.

12. <u>Suttell Defendants' Fact # 12</u>. Denied. Suttell attorneys are required to travel to the appropriate court when the appropriate court is King County.

13. <u>Suttell Defendants' Fact # 13</u>. Disputed. Suttell did not conduct a historical analysis to determine its fees. *See* (Ct. Rec. 42-1). Despite repeated requests that Suteell answer the discovery requiring production of this alleged "analysis" Suttell has not produced. Admitted that, Suttell generated a standardized fee to be requested in default pleadings. Admitted that, Suttell determined that $650.00 was a reasonable attorney fee for debt collection cases in which it obtained a default judgment.; additional facts in dispute to be supplemented once the Karen Hammer and Tu Uyen Huynh deposition transcripts are available). Suttell did apply the RPC 1.5 factors, loadstar or consider *Mahler*, in determining $650 was a reasonable attorney fee. *Id.*

14. <u>Suttell Defendants' Fact # 14</u>. Disputed. The local rules Suttell refers to are primarily rules for courts of limited jurisdiction. Suttell does not

PLAINTIFF'S RESPONSE TO DEFENDANT'S LR 56.1 STATEMENT OF FACTS - 4

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

file cases in courts of limited jurisdiction. (Ct. Rec. 46-1). Admitted that, Suttell's usual and standard procedure is for Suttell counsel to request $650.00 in default pleadings. Suttell request a $650.00 standardized attorney fee even where another amount is specified by local rule.

15. <u>Suttell Defendants' Fact # 15.</u> Admit.

16. <u>Suttell Defendants' Fact # 16.</u> Admit.

Dated this the 11th day of August, 2010.

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com |

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net