# APPENDIX

# B

ORIGINAL

RECEIVED
NOV 09 2010
Winston&Cashatt

RECEIVED
NOV 09 2010
CRUMB & MUNDING, P.S.

1  Michael D. Kinkley
2  Scott M. Kinkley
   *Michael D. Kinkley, P.S.*
3  4407 N. Division, Suite 914
4  Spokane, WA 99207
   (509) 484-5611
5  mkinkley@qwestoffice.net
   skinkley@qwestoffice.net
6
7  Kirk D. Miller
   *Kirk D. Miller, P.S.*
8  209 E. Sprague Ave.
9  Spokane, WA 99202
   (509) 413-1494
10 kmiller@millerlawspokane.com
11
12              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
13
14 KELLI GRAY, and all other similarly )
   situated,                            )
15                                      )
           Plaintiff,                   ) Case No.: CV-09-251-EFS
16                                      )
       v.                               ) NOTICE OF 30(b)(6) DEPOSITION
17                                      ) OF MIDLAND CREDIT
18 SUTTELL & ASSOCIATES, P.S.;          ) MANAGEMENT
   MIDLAND FUNDING, LLC; MARK           )
19 T. CASE, and JANE DOE CASE,          )
   husband and wife, KAREN HAMMER       )
20 and JOHN DOE HAMMER                  )
21                                      )
           Defendants.                  )
22

   PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal
23
24 Rules of Civil Procedure, on **December 07, 2010**, beginning at **9:00 a.m. p.s.t.** and
25 continuing until completed at Peterson Reporting, 530 B Street, Suite 350, Union

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

Bank Building, San Diego, CA 92010, Plaintiff through counsel will take the deposition of the designated representative of Midland Credit Management. The deposition will be recorded by audio visual and stenographic means. The video equipment will be operated by Brian Brault, 945 Chalcedlny St. Apt #2, San Diego, CA 92109.

The designated representative of Midland Credit Management should be prepared to testify regarding:

1. Hierarchy and business structure of Midland Credit Management, Inc.;

2. The 10-Q and 8-K filed by Encore Capitol Group, Inc. (on behalf of Midland Credit Management);

3. Funding of Midland Funding, LLC, including but not limited to purchases of portfolios;

4. The relationship of Midland Credit Management, Inc. and Midland Funding, LLC;

5. The relationship of Midland Credit Management, Inc. and Midland Funding, LLC;

6. The corporate structure of Midland Credit Management, including the names and main offices of its officers, directors, majority shareholders, board members, and managers;

7. The purchase amount of the alleged debt of Plaintiff Kelli Gray;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

18

8. The purchase amount of the portfolio containing the alleged debt of Plaintiff Kelli Gray;

9. The purchase procedure of the alleged debt of Plaintiff Kelli Gray;

10. The source of funds to purchase the alleged debt of Plaintiff Kelli Gray;

11. The exchange of money between Encore Capitol Group, Inc. and Midland Credit Management, Inc.

12. The exchange of money between Midland Credit Management, Inc. and Midland Funding, LLC;

13. The solicitation of accounts in default;

14. The names of the buyers of accounts in default;

15. The name of the department that identifies and/or evaluates, and/or purchases debt portfolios.

16. Attorney agreement(s) with Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S.);

17. The alleged debt of Plaintiff Kelli Gray, its history, origin, purchase and identification of assignment;

18. "Portfolio 715" and/or "Port ID 715" (*See* Midland Production, Bates # 10);

19. The net worth of Midland Credit Management;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

19

20. The relationship between Midland Credit Management and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

21. The relationship between Midland Funding, LLC and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

22. The relationship between Encore Capitol Group, Inc. and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell")

23. The procedures to determine the statute of limitations on accounts owned or collected by Midland Credit Management, Inc.;

24. The development of the procedures to determine the statute of limitations on accounts owned or collected by Midland Credit Management, Inc.

25. The procedures used to identify and/or screen cases beyond the statute of limitations to sue for relief and their developments

26. The procedure used to determined the statute of limitations on the alleged account of Plaintiff Kelli Gray;

27. The procedures of Midland Credit Management to ensure compliance with the Fair Debt Collection Practices Act (15 USC § 1692), the Washington Consumer Protection Act (RCW 19.86 *et seq.*), the Washington Collection Agency Act (RCW 19.16 *et. seq.*);

28. The details and contents of all personnel files for the individuals that worked on Plaintiffs' alleged collection account;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -4-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

20

29. Who pays employees of Encore Capitol Group, Inc.?

30. Who pays employees of Midland Funding, LLC?

31. Who pays employees of Midland Credit Management?

32. Software used by Midland Credit Management to manage its accounts, including but not limited to software used to transfer accounts or rights to accounts and communicate with any other entity regarding an account;

33. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of Midland Credit Management's business, in the period from August 12, 2005 to the present;

34. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of the use of affidavits of Midland Credit Management employees, in the period from August 12, 2005 to the present;

35. Midland Credit Management's business operations;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -5-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

1 | Dated this the 9th day of November, 2010.

*Michael D. Kinkley P.S.*

_____
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6)  -6-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

ORIGINAL

RECEIVED
NOV 09 2010
Winston&Cashatt

RECEIVED
NOV 09 ...
CRUMB & MUNDING PS

1 Michael D. Kinkley
2 Scott M. Kinkley
*Michael D. Kinkley, P.S.*
3 4407 N. Division, Suite 914
Spokane, WA 99207
4 (509) 484-5611
5 mkinkley@qwestoffice.net
skinkley@qwestoffice.net
6

7 Kirk D. Miller
*Kirk D. Miller, P.S.*
8 209 E. Sprague Ave.
Spokane, WA 99202
9 (509) 413-1494
10 kmiller@millerlawspokane.com

11
UNITED STATES DISTRICT COURT
12 FOR THE EASTERN DISTRICT OF WASHINGTON

13
KELLI GRAY, and all other similarly
14 situated,

15           Plaintiff,                    Case No.: CV-09-251-EFS

16
      v.                                  NOTICE OF 30(b)(6) DEPOSITION
17                                        OF ENCORE CAPITAL GROUP INC.

18 SUTTELL & ASSOCIATES, P.S.;
MIDLAND FUNDING, LLC; MARK
19 T. CASE, and JANE DOE CASE,
husband and wife, KAREN HAMMER
20 and JOHN DOE HAMMER

21

22           Defendants.

23           PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal

24 Rules of Civil Procedure, on **December 8, 2010**, beginning at **9:00 a.m. p.s.t.** and

25 continuing until completed at Peterson Reporting, 530 B Street, Suite 350, Union

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

Bank Building, San Diego, CA 92010, Plaintiff through counsel will take the deposition of the designated representative of Encore Capital Group Inc. The deposition will be recorded by audio visual and stenographic means. The video equipment will be operated by Brian Brault, 945 Chalcedlny St. Apt #2, San Diego, CA 92109.

The designated representative of Encore Capital Group Inc. should be prepared to testify regarding:

1. Hierarchy and business structure of Encore Capitol Group, Inc.;

2. The validity of 10-Q and 8-K filed by Encore Capitol Group, Inc.;

3. Funding of Midland Funding, LLC, including but not limited to purchases of portfolios;

4. The relationship of Encore Capitol Group, Inc. and Midland Funding, LLC;

5. The relationship of Encore Capitol Group, Inc. and Midland Credit Management;

6. The corporate structure of Encore Capital Group Inc., including the names and main offices of its officers, directors, majority shareholders, board members, and managers;

7. The purchase amount of the alleged debt of Plaintiff Kelli Gray;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

8. The purchase amount of the portfolio containing the alleged debt of Plaintiff Kelli Gray;

9. The purchase procedure of the alleged debt of Plaintiff Kelli Gray;

10. The source of funds to purchase the alleged debt of Plaintiff Kelli Gray;

11. The exchange of money between Encore Capitol Group, Inc. and Midland Credit Management, Inc.

12. The exchange of money between Encore Capitol Group, Inc. and Midland Funding, LLC;

13. The solicitation of accounts in default;

14. The names of the buyers of accounts in default;

15. The name of the department that identifies and/or evaluates, and/or purchases debt portfolios.

16. Attorney agreement(s) with Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S.);

17. The alleged debt of Plaintiff Kelli Gray, its history, origin, purchase and identification of assignment;

18. "Portfolio 715" and/or "Port ID 715" (*See* Midland Production, Bates # 10);

19. The net worth of Encore Capital Group Inc.;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

25

20. The relationship between Midland Credit Management and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

21. The relationship between Midland Funding, LLC and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

22. The relationship between Encore Capitol Group, Inc. and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell")

23. The details and contents of all personnel files for the individuals that worked on Plaintiffs' alleged collection account;

24. Who pays employees of Encore Capitol Group, Inc.?

25. Who pays employees of Midland Funding, LLC?

26. Who pays employees of Midland Credit Management?

27. Software used by Encore Capital Group Inc. to manage its accounts, including but not limited to software used to transfer accounts or rights to accounts and communicate with any other entity regarding an account;

28. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of Encore Capital Group Inc.'s business, in the period from August 12, 2005 to the present;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6)  -4-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

29. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of the use of affidavits of Midland Credit Management employees, in the period from August 12, 2005 to the present;

30. Encore Capital Group Inc.'s business operations;

Dated this the 9th day of November, 2010.

*Michael D. Kinkley P.S.*

_____
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -5-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

27

```
 1  Michael D. Kinkley
    Scott M. Kinkley
 2  *Michael D. Kinkley, P.S.*
 3  4407 N. Division, Suite 914
    Spokane, WA 99207
 4  (509) 484-5611
 5  mkinkley@qwestoffice.net
    skinkley@qwestoffice.net
 6
 7  Kirk D. Miller
    *Kirk D. Miller, P.S.*
 8  209 E. Sprague Ave.
    Spokane, WA 99202
 9  (509) 413-1494
10  kmiller@millerlawspokane.com
```

RECEIVED
NOV 09 2010
Winston & Cashatt

RECEIVED
NOV 09 2010
CRUMB & MUNDING, P.S.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL & ASSOCIATES, P.S.; MIDLAND FUNDING, LLC; MARK T. CASE, and JANE DOE CASE, husband and wife, KAREN HAMMER and JOHN DOE HAMMER<br><br>Defendants. | Case No.: CV-09-251-EFS<br><br>NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT MIDLAND FUNDING, LLC |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, on **December 9, 2010**, beginning at **9:00 a.m. p.s.t.** and

continuing until completed at Peterson Reporting, 530 B Street, Suite 350, Union

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

28

Case 2:09-cv-00251-EFS   Document 161-2   Filed 11/30/10

Bank Building, San Diego, CA 92010, Plaintiff through counsel will take the deposition of the designated representative of Defendant Midland Funding, LLC. The deposition will be recorded by audio visual and stenographic means. The video equipment will be operated by Brian Brault, 945 Chalcedlny St. Apt #2, San Diego, CA 92109.

The designated representative of Defendant Midland Funding, LLC should be prepared to testify regarding:

1. Hierarchy and business structure of Midland Funding, LLC;

2. Funding of Midland Funding, LLC, including but not limited to purchases of portfolios;

3. The relationship of Midland Funding, LLC and Encore Capitol Group, Inc.

4. The relationship of Midland Funding, LLC and Midland Credit Management;

5. The corporate structure of Midland Funding, LLC, including the names and main offices of its officers, directors, majority shareholders, board members, and managers;

6. The purchase amount of the alleged debt of Plaintiff Kelli Gray;

7. The purchase amount of the portfolio containing the alleged debt of Plaintiff Kelli Gray;

8. The purchase procedure of the alleged debt of Plaintiff Kelli Gray;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

29

9. The source of funds to purchase the alleged debt of Plaintiff Kelli Gray;

10. The exchange of money between Encore Capitol Group, Inc. and Midland Funding, LLC, Inc.

11. The exchange of money between Midland Credit Management, Inc. and Midland Funding, LLC;

12. The solicitation of accounts in default;

13. The names of the buyers of accounts in default;

14. The name of the department that identifies and/or evaluates, and/or purchases debt portfolios.

15. Attorney agreement(s) with Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S.);

16. The alleged debt of Plaintiff Kelli Gray, its history, origin, purchase and identification of assignment;

17. "Portfolio 715" and/or "Port ID 715" (*See* Midland Production, Bates # 10);

18. The net worth of Midland Funding, LLC;

19. The relationship between Midland Credit Management and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

20. The relationship between Midland Funding, LLC and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell");

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

30

21. The relationship between Encore Capitol Group, Inc. and Suttell & Hammer, P.S. (formerly Suttell & Associates, P.S., collectively "Suttell")

22. The procedures to determine the statute of limitations on accounts owned or collected by Midland Funding, LLC;

23. The development of the procedures to determine the statute of limitations on accounts owned or collected by Midland Funding, LLC.

24. The procedures used to identify and/or screen cases beyond the statute of limitations to sue for relief and their developments

25. The procedure used to determined the statute of limitations on the alleged account of Plaintiff Kelli Gray;

26. The procedures of Midland Funding, LLC to ensure compliance with the Fair Debt Collection Practices Act (15 USC § 1692), the Washington Consumer Protection Act (RCW 19.86 *et seq.*), the Washington Collection Agency Act (RCW 19.16 *et. seq.*);

27. The details and contents of all personnel files for the individuals that worked on Plaintiffs' alleged collection account;

28. Who pays employees of Encore Capitol Group, Inc.?

29. Who pays employees of Midland Funding, LLC?

30. Who pays employees of Midland Credit Management?

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6)  -4-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

31

31. Software used by Midland Funding, LLC to manage its accounts, including but not limited to software used to transfer accounts or rights to accounts and communicate with any other entity regarding an account;

32. The factual basis for Midland Funding, LLC's Answer to Plaintiff's Complaint;

33. Any and all other information related to Midland Funding, LLC's defenses contained in its Answer to Plaintiff's Complaint;

34. Any bona fide error defense Midland Funding, LLC may have with regard to the allegations set forth in the Complaint;

35. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of Midland Funding, LLC's business, in the period from August 12, 2005, to the present;

36. The history, specific details, and resolution of any formal and informal complaints, Better Business Bureau Complaints, lawsuits, regulatory actions, claims, litigations, mediations, arbitrations, or other actions, legal or otherwise, connected to or arising out of the use of affidavits of Midland Credit Management employees, in the period from August 12, 2005, to the present;

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6)  -5-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

32

37. Midland Funding, LLC's business operations;

38. Any and all other information related to Plaintiff's claims against Midland Funding, LLC;

Dated this the 9th day of November, 2010.

*Michael D. Kinkley P.S.*

_____
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff

NOTICE OF DEPOSITION
PURSUANT TO FRCP 30(b)(6) -6-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

33