JOHN D. MUNDING
CRUMB & MUNDING, P.S.
The Davenport Tower
111 S. Post Street, PH 2290
Spokane, WA 99201
(509) 624-6464

RICHARD L. STONE (*pro hac vice pending*)
AMY M. GALLEGOS (*pro hac vice pending*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, No. 1400
Los Angeles, CA 90067
(310) 785-4600

Attorneys for Defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENCORE CAPITAL GROUP INC; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; SUTTELL AND HAMMER, P.S.; MARK T. CASE and JANE DOE CASE husband and wife, MALISA L. GURULE, and JOHN DOE GURULE, KAREN HAMMMER and ISAAC | **Case No. 2:09-cv-251-EFS**<br><br>**(CONSOLIDATED CASE)**<br><br>**MOTION TO DISMISS DEFENDANTS ENCORE CAPITAL GROUP INC., MIDLAND FUNDING LLC, AND MIDLAND CREDIT MANAGEMENT, INC. PURSUANT TO FRCP 12(b)(6)** |

DEFENDANTS' MOTION TO DISMISS – 1

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

| | |
|---|---|
| HAMMER, wife and husband;<br>WILLIAM SUTTLEL and JANE DOE SUTTELL husband and wife;<br><br>Defendants. | |

## I. MOTION

Defendants by undersigned counsel of record, submit this motion to dismiss, with prejudice, a certain claim alleged against them as set forth in the Complaint. Specifically, Defendants seeks dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) of Plaintiffs' claim for violation of the Washington Consumer Protection Act ("WCPA"), RCW 19.86, et seq., for failure to state a claim upon which relief may granted. This motion is made on the ground that in order for a violation of the WCPA to be actionable, a Plaintiff must suffer injury to "business or property." Here, the complaint has failed to assert facts which demonstrate such injury.

In support of this motion, Defendant relies upon the statement of facts, authorities, and argument set forth in the accompanying memorandum.

DATED this 24th day of January, 2011.

CRUMB & MUNDING, P.S.

_____
JOHN D. MUNDING, WSBA #21734
Attorneys for Defendants

p:\files\Midland\2011.04

DEFENDANTS' MOTION TO DISMISS – 2

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

## CERTIFICATE OF SERVICE

I, Ashley Woods, the undersigned, hereby certify that on January 24, 2011, I electronically filed the foregoing Motion with the Court using the Court's CM/ECF system, which will send notification of such filing to the following persons:

| | |
|---|---|
| Carl Edward Hueber<br>ceh@winstoncashatt.com,<br>crh@winstoncashatt.com | Bradley L Fisher<br>bradfisher@dwt.com,<br>barbaramcadams@dwt.com,<br>seadocket@dwt.com |
| Kirk D Miller<br>kmiller@millerlawspokane.com | |
| | Theodore W Seitz<br>ftseitz@dykema.com |
| Michael David Kinkley<br>mkinkley@qwestoffice.net,<br>pleadings@qwestoffice.net,<br>pwittry@qwestoffice.net | Scott M Kinkley<br>skinkley@qwestoffice.net |

Dated this 24th day of January, 2011.

_____
ASHLEY M. WOODS

CERTIFICATE OF SERVICE

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155