Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated, | ) Case No.: CV-09-251-EFS |
| Plaintiffs, | ) |
| v. | ) PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO PLAINTIFFS' THIRD, FOURTH, AND FIFTH SET OF REQUESTS FOR PRODUCTION |
| SUTTELL & ASSOCIATES, *et. al.* | ) |
| Defendants. | ) |
| —————————————————— | ) |
| EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated, | ) |
| Plaintiffs | ) |
| v. | ) |
| ENCORE CAPITOL GROUP, INC. *et. al.* | ) |
| Defendants | ) |

MOTION TO COMPEL 3rd, 4th, & 5th
REQUESTS FOR PRODUCTION - 1 -

Plaintiffs Kelli Gray, Eva Lauber, Scott Boolen, Dane Scott and Joel Finch, through their attorneys Michael D. Kinkley and Scott M. Kinkley of *Michael D. Kinkley, P.S.*, and Kirk D. Miller of *Kirk D. Miller, P.S.* request that the Court enter an Order compelling the Defendant Suttell & Associates, P.S. to produce documents in Response to (1) Plaintiffs' Third Set of Requests for Production served on Defendant on November 8, 2010 and due December 8, 2010, (2) Plaintiffs' Fourth Set of Requests for Production served on November 18, 2010 and due December 20, 2010, and (3) Plaintiffs' Firth Set of Requests for Production served on Defendant on November 29, 2010 and due on December 29, 2010.

The Plaintiffs requests an award of costs and attorney fees be imposed against Defendant Suttell & Hammer, P.S. pursuant to FRCP 37(a)(4)(A).

This motion is based on Fed R. Civ. P. 26, 34 & 37, the Memorandum in Support of Plaintiff's Motion to Compel, the Declaration of Scott M. Kinkley in Support of Motion to Compel, and the files and pleadings herein.

I certify that I have in good faith conferred regarding these discovery issues with Carl E. Hueber of *Winston & Cashatt, P.S.*, the attorney for the Defendant Suttell & Hammer, P.S., by telephone on January 13, 2011, February 3, 2011, and February 11, 2011, and at other times by mail and e-mail in an effort to secure the discovery disclosures without court action. The parties have been unable to resolve

MOTION TO COMPEL 3rd, 4th, & 5th
REQUESTS FOR PRODUCTION - 2 -

MICHAEL D. KINKLEY P.S.
N. 4407 Division, Suite 914
Spokane Washington 99207
(509) 484-5611

the discovery dispute pertaining to three Requests for Production seeking specifically identified JST notes. Defendant Suttell & Hammer, P.S. objected to and refused to produce the responsive JST notes. Defendant Suttell & Hammer, P.S. indicates it is unwilling to withdraw its objections and produce the JST notes despite the efforts of counsel to resolve this issue without court action.

Dated this the 11th day of February, 2011

*Michael D. Kinkley, P.S.*

   /s Scott M. Kinkley
Scott M. Kinkley
Attorney for Plaintiff
WSBA # 42434
(509) 484-5611
skinkley@qwestoffice.net

MOTION TO COMPEL 3rd, 4th, & 5th
REQUESTS FOR PRODUCTION - 3 -

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; crh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com |
| Amy Gallegos | amgallegos@hhlaw.com |
| Richard Stone | richard.stone@hoganlovells.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
    Scott M. Kinkley
    WSBA # 42434
    Attorney for Plaintiffs
    4407 N. Division, Suite 914
    Spokane, WA 99207
    (509) 484-5611
    skinkley@qwestoffice.net

MOTION TO COMPEL 3rd, 4th, & 5th
REQUESTS FOR PRODUCTION - 4 -

MICHAEL D. KINKLEY P.S.
N. 4407 Division, Suite 914
Spokane Washington 99207
(509) 484-5611