**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KELLI GRAY, et al, <br><br>　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>SUTTELL & ASSOCIATES, P.S., et al, <br><br>　　　　　　　　Defendants. | **Case No.** CV-09-251-EFS <br><br>**CIVIL MINUTES** <br><br>**DATE:** 02/16/2011 **LOCATION:** SPOKANE <br><br>**STATUS CONFERENCE** |

| | | |
|---|---|---|
| | **Judge Edward F. Shea** | |
| Debbie Brasel <br> **Courtroom Deputy** | 02 <br> **Law Clerk** | Mark Snover <br> **Court Reporter** |
| Michael David Kinkley <br> Scott Kinkley <br> Kirk D. Miller <br> **Plaintiffs' Counsel** | | Carl Edward Hueber <br> John Degnan Munding <br> Bradley L. Fisher <br> Amy Gallegos <br> **Defendants' Counsel** |

**[XX]  Open Court**

Mr. Kinkley advises Court of the Plaintiffs' position as to the status of the case
Ms. Gallegos advises Court of the Defendants' position as to the status of the case
Additional comments by Mr. Munding; orally moves for a one week continuance to produce
Mr. Kinkley argues resisting
**Court:**　　　Defendant's oral motion for a one week continuance is **granted**
Additional comments by Mr. Fischer
No comments by Mr. Hueber
Additional comments by Mr. Kinkley


**[XX] ORDER FORTHCOMING**

| | | | |
|---|---|---|---|
| CONVENED: 11:20 AM | ADJOURNED: 12:00 PM | TIME:  / 40 MINUTES | |