Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTELL & ASSOCIATES, *et. al.*<br><br>    Defendants.<br>_____<br>EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated,<br><br>    Plaintiffs<br><br>    v.<br><br>ENCORE CAPITOL GROUP, INC. *et. al.*<br><br>    Defendants | Case No.: CV-09-251-EFS<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE PORTIONS OF THE MIDLAND DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S "SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION" (Ct. Rec. 245) |

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

On March 1, 2011, the Encore Defendants filed a Response to Plaintiffs' Motion for Class Certification. (Ct. Rec. 245). The Defendants' brief argues the class certification is inappropriate because the claims of the putative class members in this lawsuit are part of a "nationwide settlement in *Brent*." (Ct. Rec. 245, p. 3, ln. 10-11). However, the *Brent* docket report shows no such agreement. (Ct. Rec. Ct. Rec. 254-3). The Encore Defendants did not file an affidavit, or copy of any settlement agreement in this action.

Following is a list of the objectionable portions of the Encore Defendants Response Brief:

1. <u>Ct. Rec. 245, p.1, ln. 7-11</u>: "The Supplemental Motion is one in a series of hastily filed motions submitted by Plaintiffs in a race to have an affidavit class certified in this case before the U.S. District Court in the Northern District of Ohio approves a nationwide settlement in *Midland Funding v. Brent*."

2. <u>Ct. Rec. 245 p.3, ln. 7-11</u>: "Plaintiffs have made no secret of their motives here. They have hastily filed this unsupported Supplemental Memorandum in the hopes that this court will certify the Proposed Affidavit Classes in this case before Judge Katz approves the nationwide settlement agreement in *Brent*."

3. <u>Ct. Rec. 245, p. 4, ln. 11-18</u>: "On February 10, 2011, Midland and the plaintiffs in the *Brent* action reached an agreement-in-principle to settle the Brent plaintiffs' affidavit-based claims on a nationwide basis. The agreement was the culmination of extensive efforts by the parties and Judge Katz to reach a nationwide resolution of the affidavit-based claims. The settlement agreement and motion for preliminary approval will be filed on March 3, 2011. When they are filed, Midland will promptly notify this Court."

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

4. <u>Ct. Rec. 245 p.6, ln. 11-14</u>: "Once Plaintiffs' counsel in this case learned of the *Brent* settlement, he filed a slew of motions in this Court, apparently aimed at curing the defects in his complaint and obtaining class certification before the *Brent* settlement is filed."

Hearsay is an out of court statement offered to prove the truth of the matter asserted therein. ER 801(c). All statements regarding a "*Brent* nationwide settlement" are hearsay, inadmissible, and should be stricken.

On February 16, 2011, Ms. Gallegos told the court she was not present at any *Brent* settlement negotiations, was not aware of the terms of any settlement, or even if there was a written agreement. Immediately following the hearing Plaintiffs' counsel called the *Brent* counsel and Midland's counsel in *Gray* to request a copy of any settlement agreement. (Ct. Rec. 254, *Decl. M. Kinkley* p. 2, ¶ 2). The calls were not returned. On February 25, 2011, Plaintiffs' counsel followed up on the phone calls with letters requesting a copy of the settlement agreement- (Ct. Rec. 254, *Decl. M. Kinkley* p. 2, ¶ 3; Ct. Rec. 254-1; Ct. Rec. 254-2). Plaintiffs did not receive a response to the letters.

On March 7, 2011 Plaintiff's counsel again called Mr. Munding. On March 8, 2011, Mr. Munding returned Plaintiffs' counsel's call. Mr. Munding indicated he did not have a copy of any *Brent* settlement agreement, was not aware even if one had been signed or not, or what the terms might be. (Ct. Rec. 254, *Decl. M. Kinkley* p. 3, ¶ 7). There is nothing in the records to support a claim of a *Brent*

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

settlement or what it might affect this lawsuit. Ms. Gallegos (at the February 16, 2011 hearing (and in the response brief) told the Court the settlement agreement was going to be filed on March 3, 2011. (Ct. Rec. 254, p. 3, ¶ 9; Ct. Rec. 245, p. 4, ln. 11-18). It was not. (Ct. Rec. 254-3).

The references to the alleged *Brent* settlement in the Encore Defendants Response should be stricken and not considered by the Court.

Dated the 8th day of March, 2011.

*Michael D. Kinkley P.S.*                *Michael D. Kinkley P.S.*

s/Scott M. Kinkley                       s/Michael D. Kinkley
Scott M. Kinkley                         Michael D. Kinkley
WSBA # 42434                             WSBA # 11624
Attorney for Plaintiffs                  Attorney for Plaintiffs
4407 N. Division, Suite 914              4407 N. Division, Suite 914
Spokane, WA 99207                        Spokane, WA 99207
(509) 484-5611                           (509) 484-5611
skinkley@qwestoffice.net                 mkinkley@qwestoffice.net

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE -4-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; crh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com |
| Amy Gallegos | amgallegos@hhlaw.com |
| Richard Stone | richard.stone@hoganlovells.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net