Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTELL & ASSOCIATES, *et. al.*<br><br>    Defendants.<br>_____<br>EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated,<br><br>    Plaintiffs<br><br>    v.<br><br>ENCORE CAPITOL GROUP, INC. *et. al.*<br><br>    Defendants | Case No.: CV-09-251-EFS<br><br>PROPOSED AMENDED COMPLAINT REGARDING FALSE AFFIDAVITS FOR COLLECTION USED BY DEFENDANTS |

MEMO IN SUPPORT OF PLAINTIFFS' MOTION TO RESET CLASS CERTIFICATION HEARING  - 1 -

1. Plaintiffs may be enjoined from filing the attached amended Complaint by the Injunction in *Midland Funding, LLC v. Brent*, United States District Court for the Northern District of Ohio, Case No: 3:08-cv-01535.

2. Plaintiff therefore lodges with the Court the Proposed Amended Complaint regarding the use by the Encore Defendants of false affidavits for collection in Washington State Court proceedings.

3. Plaintiffs will file the attached Complaint once a court order is entered allowing Plaintiff to file or the injunction is vacated. 28 USC

DATED this the 8th day of April 2011.

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; crh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com |
| Amy Gallegos | amgallegos@hhlaw.com |
| Richard Stone | richard.stone@hoganlovells.com |

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net