1  JOHN D. MUNDING
   CRUMB & MUNDING, P.S.
2  The Davenport Tower
3  111 S. Post Street, PH 2290
   Spokane, WA  99201
4  (509) 624-6464

5

6  RICHARD L. STONE (*pro hac vice pending*)
   AMY M. GALLEGOS (*pro hac vice pending*)
7  HOGAN LOVELLS US LLP
   1999 Avenue of the Stars, No. 1400
8  Los Angeles, CA 90067
9  (310) 785-4600

10
   Attorneys for Defendants Encore Capital
11 Group, Inc., Midland Funding, LLC, and
   Midland Credit Management, Inc.
12

13

14             UNITED STATES DISTRICT COURT

15    EASTERN DISTRICT OF WASHINGTON AT SPOKANE

16                                    | **Case No. 2:09-cv-251-EFS**
   EVA LAUBER, DANE SCOTT, SCOTT     |
17 BOOLEN, JOEL FINCH, and all others | **(CONSOLIDATED CASE)**
   similarly situated,               |
18                                    |
19            Plaintiffs,             | **DEFENDANTS ENCORE**
                                      | **CAPITAL GROUP INC.,**
20 v.                                 | **MIDLAND FUNDING LLC, AND**
                                      | **MIDLAND CREDIT**
21 ENCORE CAPITAL GROUP INC;          | **MANAGEMENT, INC. MOTION TO**
22 MIDLAND FUNDING, LLC;              | **DISMISS PLAINTIFFS' STATE LAW**
   MIDLAND CREDIT MANAGEMENT,         | **CLAIMS PURSUANT TO FRCP**
23 INC.; SUTTELL AND HAMMER, P.S.;    | **12(b)(6)**
   MARK T. CASE and JANE DOE CASE     |
24 husband and wife, MALISA L.        |
25 GURULE, and JOHN DOE GURULE,       |
   KAREN    HAMMMER and  ISAAC        |
26

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA  99201
(509) 624-6464
FAX (509) 624-6155

1  HAMMER, wife and husband;
2  WILLIAM SUTTLEL and JANE DOE
   SUTTELL husband and wife;
3
4                Defendants.
5

## I.   MOTION

7     Defendants by undersigned counsel of record, submit this motion to dismiss,

8  with prejudice, certain claims alleged against them as set forth in the Complaint.

9  Specifically, Defendants seeks dismissal pursuant to Federal Rule of Civil Procedure

10 12(b)(6) of Plaintiffs' claim for violation of the Washington Consumer Protection Act

11 ("WCPA"), RCW 19.86, et seq., for failure to state a claim upon which relief may

13 granted.  This motion is made on the ground that in order for a violation of the WCPA

14 to be actionable, a Plaintiff must suffer injury to "business or property."  Here, the

16 complaint has failed to assert facts which demonstrate such injury.

18    In support of this motion, Defendant relies upon the statement of facts,

19 authorities, and argument set forth in the accompanying memorandum.

20 DATED this 22nd day of April, 2011.

21                                  CRUMB & MUNDING, P.S.

23                                  _____
                                    JOHN D. MUNDING, WSBA #21734
24                                  Attorneys for Defendants

25 p:\files\Midland\2011.04

26

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA  99201
(509) 624-6464
FAX (509) 624-6155

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

## **CERTIFICATE OF SERVICE**

I, Ashley Woods, the undersigned, hereby certify that on April 22, 2011, I electronically filed the foregoing Memorandum with the Court using the Court's CM/ECF system, which will send notification of such filing to the following persons:

Amy Gallegos
amy.gallegos@hoganlovells.com

Kirk D Miller
kmiller@millerlawspokane.com

Bradley L Fisher
 bradfisher@dwt.com,
barbaramcadams@dwt.com,
seadocket@dwt.com

Michael David Kinkley
mkinkley@qwestoffice.net,
pleadings@qwestoffice.net,
pwittry@qwestoffice.net

Carl Edward Hueber
ceh@winstoncashatt.com,
crh@winstoncashatt.com

Richard Lee Stone
richard.stone@hoganlovells.com

Scott M Kinkley
skinkley@qwestoffice.net

Theodore W Seitz
tseitz@dykema.com

Dated this 22ND day of April, 2011.

*/s/ Ashley M. Woods*
ASHLEY M. WOODS

CERTIFICATE OF SERVICE

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155