Brad Fisher
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle WA 98101-3045
(206) 622-3150

*Attorneys for Defendants*
*Suttell & Hammer, P.S., Mark T. Case and*
*Jane Doe Case, Malisa L. Gurule and*
*John Doe Gurule,Karen Hammer and*
*Isaac Hammer, and Bill Suttell and*
*Jane Doe Suttell*

Carl E. Hueber
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA  99201
 (509) 838-6131

*Attorney for Suttell & Associates,*
*Mark & Jane Doe Case,*
*Karen & Isaac Hammer*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY and all others similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>SUTTELL & ASSOCIATES, P.S.;  et al.,<br><br>     Defendants. | No.  CV-09-251-EFS<br><br>(consolidated with<br>No. CV-10-5132 EFS)<br><br>SUTTELL DEFENDANTS' MOTION TO DISMISS CLAIMS BROUGHT UNDER CONSUMER PROTECTION ACT |

SUTTELL MOTION TO DISMISS CPA CLAIM - 1
CV-09-251-EFS
DWT 16914497v1 0093176-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    EVE LAUBER, et al.,

2                 Plaintiffs,

3       v.

4    ENCORE CAPITOL GROUP INC.; et al.,

5                 Defendants.

6

        The Suttell Defendants respectfully move the Court for an order dismissing

7 all claims made against them under the Washington Consumer Protection Act.

8 The motion is supported by the MEMORANDUM IN SUPPORT OF SUTTELL

9 DEFENDANTS' MOTION TO DISMISS CLAIMS BROUGHT UNDER

10 CONSUMER PROTECTION ACT filed herewith.

11         DATED this 25th day of April, 2011.

12                         Davis Wright Tremaine LLP

13                         Attorneys for Defendants
Suttell & Hammer, P.S., Mark T. Case and Jane

14                         Doe Case, Malisa L. Gurule and John Doe
Gurule, Karen Hammer and Isaac Hammer, and

15                         Bill Suttell and Jane Doe Suttell

16                         By   *s/ Brad Fisher*              
                           Brad Fisher, WSBA No. 19895

17

18

19

20

SUTTELL MOTION TO DISMISS CPA CLAIM - 2
CV-09-251-EFS
DWT 16914497v1 0093176-000001

1

2

3

WINSTON & CASHATT, LAWYERS,
A Professional Service Corporation
Attorneys for Suttell & Associates, Mark & Jane
Doe Case, Karen & Isaac Hammer

4

By   _s/ *Carl E. Hueber*_____
     Carl E. Hueber, WSBA No. 12453

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

SUTTELL MOTION TO DISMISS CPA CLAIM - 3
CV-09-251-EFS
DWT 16914497v1 0093176-000001

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael David Kinkley**
  mkinkley@qwestoffice.net,pleadings@qwestoffice.net,pwittry@qwestoffice.net

- **Scott M Kinkley**
  skinkley@qwestoffice.net

- **Kirk D Miller**
  kmiller@millerlawspokane.com

- **Theodore W Seit**
  tseitz@dykema.com

- **Amy Gallegos**
  amy.gallegos@hoganlovells.com

- **John D. Munding**
  munding@crumb-munding.com

- **Richard Lee Stone**
  richard.stone@hoganlovells.com

DATED this 25th day of April, 2011.

Davis Wright Tremaine LLP
Attorneys for Defendants
Suttell & Hammer, P.S., Mark T. Case and Jane Doe Case, Malisa L. Gurule and John Doe Gurule, Karen Hammer and Isaac Hammer

By    *s/ Brad Fisher*
Brad Fisher, WSBA #19895
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8042
Fax: (206) 757-7042
E-mail: bradfisher@dwt.com

SUTTELL MOTION TO DISMISS CPA CLAIM - 4
CV-09-251-EFS
DWT 16914497v1 0093176-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700