UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTELL & ASSOCIATES; MIDLAND FUNDING, LLC; MARK T. CASE and JANE DOE CASE, husband and wife; and KAREN HAMMER and JOHN DOE HAMMER,<br><br>    Defendants. | NO. CV-09-251-EFS<br><br>**ORDER DENYING DEFENDANTS' MOTIONS FOR RECONSIDERATION RE:** *BRENT* **INJUNCTION** |
| EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENCORE CAPITAL GROUP, INC.; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; SUTTELL & HAMMER, PS.; MARK T. CASE and JANE DOE CASE, husband and wife; MALISA L. GURULE and JOHN DOE GURULE; KAREN HAMMER and ISAAC HAMMER, wife and husband; WILLIAM SUTTELL and JANE DOE SUTTELL, husband and wife;<br><br>    Defendants. | |

Before the Court, without oral argument, is Defendants Suttell & Associates, P.S., Suttell & Hammer, P.S., Mark T. Case, Jane Doe Case, Malisa L. Gurule, John Doe Gurule, Karen Hammer, and Isaac Hammer's

ORDER * 1

("Suttell Defendants") Motion for Reconsideration Re: *Brent* Injunction, ECF No. 300, and Encore Capital Group, Inc., Midland Funding, LLC, Midland Credit Management, Inc.'s ("Encore Defendants") Motion for Reconsideration of the Court's Order Entering Rulings from the March 23, 2011 Hearing, ECF No. 303. All Defendants move the Court for an order reconsidering and amending certain language in the Order Entering Rulings from March 23, 2011 Hearing, ECF No. 299, which, in the wake of the *Brent* Injunction,[1] permitted Plaintiffs to pursue:

> 1) Attorneys Fees, Licensing, and Statute of Limitations Claims against Suttell and Encore Defendants, and 2) Affidavit Claims against Suttell.

ECF No. 299. Defendants take issue with the Court's interpretation of the *Brent* injunction to allow Plaintiffs to pursue third-party claims arising out of or related to the use of allegedly deceptive affidavits prepared by Midland and its affiliates. Instead, the Defendants suggest

---

[1] On March 11, 2011, the district court in the Northern District of Ohio issued a preliminary injunction in *Midland Funding, LLC v. Brent*, No. 3:08-CV-1434-DAK (N.D. Ohio) ("*Brent*"). The *Brent* Injunction prohibits individuals from:

> participating as class members in any lawsuit in any forum, or otherwise filing, intervening in, commencing, prosecuting, continuing and/or litigating any lawsuit in any forum <u>arising out of or relating to the use of affidavits in debt collection lawsuits</u> by Encore Capital Group, Inc., and/or its subsidiaries and affiliates, including but not limited to Midland Credit Management, Inc., Midland Funding LLC, MRC Receivables Corp., and Midland Funding NCC-2 Corp., unless and until such time as the Class member involved in such action timely and validly excludes himself or herself from the class to pursue individual relief.

ECF No. 272-3.

ORDER * 2

that the *Brent* Injunction precludes Plaintiffs from pursuing claims against the Suttell Defendants - the law firm and lawyers who filed the allegedly false affidavits in state court.

On May 17, 2011, the district court in the Northern District of Ohio clarified this very issue in *Brent*:

> [Intervenor] is concerned that the filing of claims against third parties, such as a local "collection mill" law firm that uses a fraudulent affidavit prepared by Midland in state court will be barred. <u>The Court hereby clarifies that the injunction does not apply to persons or entities that are not affiliated with Encore or Midland</u>.

ECF No. 343-1, at 9-10 (emphasis added). The Court required additional briefing as to how the *Brent* Court's clarification affects this case. ECF No. 347.

Based on this language, all Defendants concede that the litigation of Affidavit Claims against the Suttell Defendants will not violate the injunction. ECF Nos. 362 & 363. The Court agrees. Accordingly, **IT IS HEREBY ORDERED**:

1. The Court's April 15, 2011 Order Entering Rulings from March 23, 2011, ECF No. 299, remains in effect: Plaintiffs may pursue Affidavit Claims against the Suttell Defendants.

2. The Suttell Defendants' Motion for Reconsideration Re: *Brent* Injunction, **ECF No. 300**, is **DENIED**.

3. The Encore Defendants' Motion for Reconsideration of the Court's Order Entering Rulings from the March 23, 2011 Hearing, **ECF No. 303**, is

////
///
//
/

ORDER * 3

**DENIED.**

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

    **DATED** this____14th____ day of June 2011.


                                    s/Edward F. Shea
                                      EDWARD F. SHEA
                            United States District Judge

Q:\Civil\2009\251.Reconsider.wpd

ORDER * 4