1 Michael D. Kinkley
2 Scott M. Kinkley
  *Michael D. Kinkley, P.S.*
3 4407 N. Division, Suite 914
  Spokane, WA 99207
4 (509) 484-5611
5 mkinkley@qwestoffice.net
  skinkley@qwestoffice.net
6
7 Kirk D. Miller
  *Kirk D. Miller, P.S.*
8 211 E. Sprague Ave.
  Spokane, WA 99202
9 (509) 413-1494
10 kmiller@millerlawspokane.com

11          UNITED STATES DISTRICT COURT
12     FOR THE EASTERN DISTRICT OF WASHINGTON

13 KELLI GRAY, and all other similarly )
   situated,                          ) Case No.: CV-09-251-EFS
                                      )
14          Plaintiffs,               )
                                      )
15          v.                        ) MOTION FOR CONTINUANCE OF
                                      ) THE FEBRUARY 2012 TRIAL DATE
                                      ) AND AMENDED SCHEDULING
16 SUTTELL & ASSOCIATES, *et. al.*    ) ORDER
                                      )
17                                    )
            Defendants.               )
18 _____  )
                                      )
19 EVA LAUBER, DANE SCOTT,            )
   SCOTT BOOLEN, JOEL FINCH and       )
20 all other similarly situated,      )
                                      )
21                                    )
            Plaintiffs                )
22                                    )
                                      )
23          v.                        )
                                      )
24 ENCORE CAPITOL GROUP, INC. *et.*   )
   *al.*                              )
25                                    )
            Defendants                )

MOTION FOR CONTINUANCE OF THE                  *Michael D. Kinkley P.S.*
FEBRUARY 2012 TRIAL DATE AND                   4407 N. Division, Suite 914.
AMENDED SCHEDULING ORDER - 1                   Spokane, WA 99207
                                               (509) 484-5611

1

Plaintiffs' respectfully request that the Court Continue the February 2012

2

3

trial date and enter an Amended Scheduling Order, pursuant to this motion, and the

4

Joint Motion filed February 1, 2011. ECF No. 199.

5

This Motion is based on the Memorandum in Support and the files and

6

records herein.

7

Dated this the 14th day of June, 2011

8

9

*Michael D. Kinkley P.S.*                          *Michael D. Kinkley P.S.*

10

11

s/Scott M. Kinkley                          s/Michael D. Kinkley

    Scott M. Kinkley                              Michael D. Kinkley

12

    WSBA # 42434                              WSBA # 11624

    Attorney for Plaintiff                              Attorney for Plaintiff

13

    4407 N. Division, Suite 914                              4407 N. Division, Suite 914

    Spokane, WA 99207                              Spokane, WA 99207

14

    (509) 484-5611                              (509) 484-5611

    Fax: (509) 484-5972                              Fax: (509) 484-5972

15

    skinkley@qwestoffice.net                              mkinkley@qwestoffice.net

16

17

18

19

20

21

22

23

24

25

MOTION FOR CONTINUANCE OF THE
FEBRUARY 2012 TRIAL DATE AND
AMENDED SCHEDULING ORDER - 2

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; crh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com |
| Amy Gallegos | amgallegos@hhlaw.com |
| Richard Stone | richard.stone@hoganlovells.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

MOTION FOR CONTINUANCE OF THE
FEBRUARY 2012 TRIAL DATE AND
AMENDED SCHEDULING ORDER - 3

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611