Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUTTELL & ASSOCIATES, *et. al.*<br><br>   Defendants.<br>_____<br>EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated,<br><br>   Plaintiffs<br><br>   v.<br><br>ENCORE CAPITOL GROUP, INC. *et. al.*<br><br>   Defendants | Case No.: CV-09-251-EFS<br><br>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTINUANCE OF THE FEBRUARY 2012 TRIAL DATE AND AMENDED SCHEDULING ORDER |

All parties are in agreement that a new trial date and a new scheduling order is required. Since January 2011, Plaintiff has been circulating a draft joint certificate. The Defendants have refused to respond. On February 1, 2011, the parties agreed to join in a motion to convert the February 16, 2011 hearing[1] to a scheduling conference and request a new scheduling order. ECF No. 199. On February 2, 2011 the Court granted the joint motion and converted the February 16, 2011 hearing to a scheduling conference. ECF No. 203. The flow of this case was interrupted by proposed national class settlement in Ohio. No amended scheduling order has yet been entered. Trial is currently set for February 21, 2012 and trial deadlines are fast approaching. For example, the discovery cutoff is August 23, 2011, **and last day to serve written discovery is June 14, 2011**. An amended scheduling order is appropriate and necessary given the current procedural posture of this case.

Plaintiffs agreed to move the February 16, 2011 hearing on class certification only to address the Defendants' concerns about post-consolidation

---

[1]On Plaintiffs' Motion for Class Certification and other motions. Defendants failed to reveal to Plaintiffs or the Court that they were in secret negotiations to settle nationwide and attempt to deprive the court of jurisdiction.

PLAINTIFFS' MOTION FOR
CONTINUANCE OF THE FEBRUARY 2012
TRIAL DATE AND AMENDED
SCHEDULING ORDER 2

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

procedure. Unknown to the Plaintiffs' at the time, Mr. Theodore Seitz[2] was engaged in secret national class settlement negotiations in Ohio. Days before the February 16, 2011 status conference, the Encore entities finalized the secret national class settlement. On February 16, 2011, Ms. Gallegos, appeared on behalf of the Encore entities and announced the national class settlement to the Court. The motions previously set for February 16, 2011 were reset to March 23, 2011 (the date the Court was set to hear Plaintiffs' Second Motion to Compel). The Encore Defendants have refused to provide available dates for 30(b)(6) deposition despite the Court's December 2010 Order. ECF 182, p. 5, ln 24-26. For these reasons and other the trial schedule no longer works.

---

[2] Mr. Seitz represents the Midland entities in this action and the Ohio settlement trio of:

- V*assalle v. Midland Funding, LLC,* United States District Court Northern District of Ohio Western Division, Case No. 3:11CV96 (filed January 17, 2011).
- *Franklin v. Midland Funding, LLC*, United States District Court Northern District of Ohio Western Division, Case No. 3:10CV91; and
- *Midland Funding, LLC v. Brent*, United States District Court Northern District of Ohio Western Division, Case No. 3:08CV1434 (remanded to Ohio municipal Court for want of subject matter jurisdiction).

PLAINTIFFS' MOTION FOR CONTINUANCE OF THE FEBRUARY 2012 TRIAL DATE AND AMENDED SCHEDULING ORDER 3

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

On March 11, 2011, an injunction was entered in the Northern District of Ohio. ECF 272-3. The Ohio Court has interpreted the injunction, this Court has ruled on the scope of the parties and issues which may be pursued, which have all impacted the trial and discovery schedule. ECF 299 & 364. To avoid potentially violating the injunction, the Plaintiffs were forced to modify their class motion hearing to exclude affidavit claims in advance of the March 23, 2011. On March 23, 2011 the Court ordered the Plaintiff to file an Amended Complaint avoiding the Ohio injunction by April 8, 2011. ECF No. 299, pp. 9-10. On April 8, 2011, the Plaintiffs filed the Amended Complaint. ECF No. 297.

On April 15, 2011, the Court issued on order regarding the March 23, 2011 hearing denying all pending motions (except the compel motion) with leave to renew and ordering the parties to submit a proposed joint briefing schedule "no later than April 29, 2011." ECF No. 299, p. 16, ln. 3. Instead, on April 22, 2011 and April 25, 2011, the Defendants filed three motions to dismiss. ECF Nos. 306, 310 & 313. Those motions have been fully briefed and are set to be heard on July 6, 2011.

The Court ruled the injunction did not prohibit claims against the Suttell Defendants. ECF No. 299, p. 9, ln. 6-7. But the defendants moved for reconsideration. ECF 300. The Order deciding that Motion was entered June 14, 2011, the Court ruled that "Plaintiffs may pursue Affidavit Claims against the

PLAINTIFFS' MOTION FOR CONTINUANCE OF THE FEBRUARY 2012 TRIAL DATE AND AMENDED SCHEDULING ORDER 4

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

Suttell Defendants." ECF No. 364, p. 3, ln. 16. Based on that Order, the Plaintiffs will be seeking to amend the complaint to re-allege the false affidavit claims against the Suttell Defendants.

The Encore Defendants have made a motion to dismiss Ms. Lauber's claim based on arbitration. That motion requires additional discovery. The Suttell Defendants have nto answered the net worth discovery served in the Spring of 2010. The agreement was they would have until after the class certification decision (which at that time was scheduled for September 2010, but has since been delayed twice). Plaintiff is worried about the June 14, 2011 deadline to serve additional written discovery.

For these reasons, the Plaintiffs respectfully request the Court enter and amended scheduling order.

Dated this the 14th day of June, 2011

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net

*Michael D. Kinkley P.S.*

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net

PLAINTIFFS' MOTION FOR
CONTINUANCE OF THE FEBRUARY 2012
TRIAL DATE AND AMENDED
SCHEDULING ORDER 6

*Michael D. Kinkley P.S.*
4407 N. Division, Suite 914.
Spokane, WA 99207
(509) 484-5611

# CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Carl Hueber | ceh@winstoncashatt.com; crh@winstoncashatt.com; |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com |
| Amy Gallegos | amgallegos@hhlaw.com |
| Richard Stone | richard.stone@hoganlovells.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net