Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all other similarly situated, | Case No.: CV-09-251-EFS |
| Plaintiffs, | |
| v. | PLAINTIFFS' MOTION TO STRIKE THE ENCORE DEFENDANTS' MOTION TO COMPEL ARBITRATION |
| SUTTELL & ASSOCIATES, *et. al.* | |
| Defendants. | |
| EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated, | |
| Plaintiffs | |
| v. | |
| ENCORE CAPITOL GROUP, INC. *et. al.* | |
| Defendants | |

PLAINTIFFS' MOTION TO STRIKE
MOTION TO COMPEL -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Plaintiffs, through their attorneys, Michael D. Kinkley and Scott M. Kinkley of *Michael D. Kinkley, P.S.* and Kirk D. Miller of *Kirk D. Miller, P.S.* respectfully request that the Court enter an Order Striking the Encore Defendants' Motion to Compel Eva Lauber to Arbitrate her Claims. (ECF No. 356).

This motion is based on Local Rule 7.1(h)(2)(B), Fed. R. Civ. P 56(d), the Memorandum in Support of Motion to Strike, and the files and records herein.

Dated this the 15th day of June, 2011.

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
skinkley@qwestoffice.net

PLAINTIFFS' MOTION TO STRIKE
MOTION TO COMPEL -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:


Michael D. Kinkley          mkinkley@qwestoffice.net, pleadings@qwestoffice.net;

                            pwittry@qwestoffice.net;

Scott M. Kinkley            skinkley@qwestoffice.net;

Kirk D. Miller              kmiller@millerlawspokane.com;

Carl Hueber                 ceh@winstoncashatt.com; crh@winstoncashatt.com;

John D. Munding             munding@crumb-munding.com; Ashley@crumb-

                            munding.com;

Theodore Seitz              tseitz@dykema.com;

Bradley Fisher              bradfisher@dwt.com

Amy Gallegos                amgallegos@hhlaw.com

Richard Stone               richard.stone@hoganlovells.com


                    *Michael D. Kinkley P.S.*


                    s/Scott M. Kinkley
                        Scott M. Kinkley
                        WSBA # 42434
                        Attorney for Plaintiffs
                        4407 N. Division, Suite 914
                        Spokane, WA 99207
                        (509) 484-5611
                        skinkley@qwestoffice.net