JOHN D. MUNDING
CRUMB & MUNDING, P.S.
The Davenport Tower
111 S. Post Street, PH 2290
Spokane, WA 99201
(509) 624-6464

Attorneys for Defendants Encore Capital
Group, Inc., Midland Funding, LLC, and
Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KELLI GRAY, and all other similarly situated, | **Case No. 2:09-cv-251-EFS** |
| Plaintiffs, | **(CONSOLIDATED CASE)** |
| v. | **JOINT STATUS REPORT REGARDING AMENDED SCHEDULING ORDER** |
| SUTTELL & ASSOCIATES, *et. Al.* | |
| Defendant. | |
| EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated, | |
| Plaintiffs | |
| v. | |
| ENCORE CAPITOL GROUP, INC., *et. al.* | |
| Defendant | |

Pursuant to this Court's Order and instruction, the Plaintiffs, through counsel

Michael Kinkley, Scott Kinkley, and Kirk Miller, the defendants, Encore Capitol

Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc., through

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

their respective counsel John D. Munding, and the defendants, Suttell & Associates, through their respective counsel Carl Hueber, submit this Joint Stats Report for purposes of amending the present case Schedule Order.

### 1. Motion to Amend Complaint.

Plaintiffs may file a motion to amend the present Complaint by June 29, 2012. Defendants oppose any amendments to any of the pleadings.

### 2. Discovery Cutoff.

All discovery, including depositions and perpetuation depositions, shall be completed by August 31, 2013 ("Discovery Cutoff"). The parties shall not file discovery on CM/ECF except those portions necessary to support motions or objections.

### 3. Requested Trial Dates.

The parties estimate the need for a five (5) day bench trial. The Plaintiffs suggest a trial date between the second week of September 2013 and the 3rd week of October 2013. The Defendants would propose a later trial date sometime after November 1, 2013 or January 2014.

### 4. Pretrial Procedure.

The parties respectfully request that the Court set dates for pretrial motions, joint proposed pretrial order, and a pretrial conference to correspond with the new trial date, similar to this Court's prior Scheduling Order (ECF No. 18).

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

DATED this 13th day of April, 2012.

CRUMB & MUNDING, P.S.

WINSTON & CASHATT, LAWYERS,
A Professional Service Corporation

/s/ John D. Munding
JOHN D. MUNDING, WSBA #21734
Attorneys for Defendants Encore
Capital Group, Inc., Midland Funding,
LLC, and Midland Credit Management,
Inc.
The Davenport Tower
111 S. Post Street, PH 2290
Spokane, WA  99201
(509) 624-6464
munding@crumb-munding.com

/s/ Carl E. Hueber
Carl E. Hueber, WABA #12453
Attorneys for Suttell & Associates, Mark
& Jane Doe Case, Karen & Issac Hammer
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131

MICHAEL D. KINKLEY P.S.

MICHAEL D. KINKLEY P.S.

s/Michael D. Kinkley
Michael D. Kinkley
WSBA # 11624
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
mkinkley@qwestoffice.net

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiffs
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA  99201
(509) 624-6464
FAX (509) 624-6155

# CERTIFICATE OF SERVICE

I, Ashley M. Woods, the undersigned, hereby certify that on April 13, 2012, I electronically filed the foregoing document with the Court using the Court's CM/ECF system, which will send notification of such filing to the following persons:

Amy Gallegos
amy.gallegos@hoganlovells.com

Kirk D Miller
kmiller@millerlawspokane.com

Bradley L Fisher
 bradfisher@dwt.com,
barbaramcadams@dwt.com,
seadocket@dwt.com

Michael David Kinkley
mkinkley@qwestoffice.net,
pleadings@qwestoffice.net,
pwittry@qwestoffice.net

Carl Edward Hueber
ceh@winstoncashatt.com,
crh@winstoncashatt.com

Richard Lee Stone
richard.stone@hoganlovells.com

Scott M Kinkley
skinkley@qwestoffice.net

Theodore W Seitz
tseitz@dykema.com

Dated this 13th day of April, 2012.

/s/ Ashley M. Woods
ASHLEY M. WOODS