# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| KELLI GRAY, et al, Plaintiffs, vs. SUTTELL & ASSOCIATES, P.S., et al, Defendants. | Case No. CV-09-251-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 04/18/2012 **LOCATION:** Spokane<br><br>**STATUS CONFERENCE- RESETTING OF TRIAL DATE** |
|---|---|

| **Judge Edward F. Shea** | | |
|---|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Stephanie Smithson<br>**Court Reporter** |
| Michael David Kinkley<br>Kirk D. Miller<br>**Plaintiffs' Counsel** | | Carl Edward Hueber<br>John Degnan Munding<br>**Defendants' Counsel** |

**[XX] Open Court**

Court and Counsel set the following schedule:

Discovery Deadline: 05/24/2013
Dispositive Motion Deadline: 06/07/2013

**In Person PTC 09/25/2013 @ 1:30 p.m. R/EFS**
**B/Trial 10/21/2013 @ 9:00 a.m. S/EFS - 5 Days**

Other dates to be addressed in Scheduling Order

**[XX] ORDER FORTHCOMING**

| CONVENED: 1:00 PM | ADJOURNED: 1:15 PM | TIME: / 15 MINUTES | |
|---|---|---|---|