JOHN D. MUNDING
CRUMB & MUNDING, P.S.
1610 W. Riverside
Spokane, WA 99201
(509) 624-6464

THEODORE W. SEITZ
DYKEMA GOSSETT PLLC
201 Townsend St., Ste. 900
Lansing, MI 48933
(517) 374-9149

Attorneys for Defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KELLI GRAY, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTELL & ASSOCIATES, *et. Al.*<br><br>Defendant.<br>___<br>EVA LAUBER, DANE SCOTT, SCOTT BOOLEN, JOEL FINCH and all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ENCORE CAPITOL GROUP, INC., *et. al.*<br><br>Defendant | **Case No. 2:09-cv-251-EFS**<br><br>**(CONSOLIDATED CASE)**<br><br>**DEFENDANTS ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING, LLC, AND MIDLAND CREDIT MANAGEMENT, INC., REQUEST FOR JUDICIAL NOTICE AND RESPONSE TO PLAINTIFFS' "NOTICE OF ACTIVITY AND FILING" IN** *VASSALLE et al. v. MIDLAND FUNDING et al.*, **Case No. 11-CV-0096 (N.D. Ohio)** |

– 1

DEFENDANTS MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC. AND
ENCORE CAPITAL GROUP, INC.'S REQUEST FOR
JUIDICIAL NOTICE AND RESPONSE TO PLAINTIFFS'
"NOTICE OF ACTIVITY" IN *VASSALLE ET AL. V. MIDLAND
FUNDING ET AL.*, CASE NO. 11-CV-0096 (N.D. OHIO)
LAN01\329954.1
ID\TJG - 097356\0090

**CRUMB & MUNDING, P.S.**
1610 W. RIVERSIDE
SPOKANE, WA 99201
(509) 624-6464

Defendants Encore Capital Group, Inc., Midland Funding, LLC, and Midland Credit Management, Inc., hereby request that the Court take judicial notice, pursuant to FRE 201, of the following documents that were filed in *Vassalle et al. v. Midland Funding, LLC, et al.*, Northern District of Ohio Case No. 3:11-cv-0096 (N.D. Ohio March 23, 2015) and are of record in that case:

1. Defendants' Motion to Enforce This Court's Order Enjoining Litigation of Claims Released By The Settlement, And For An Order To Show Cause Re Contempt As To Class Members Kelli Gray, Dane Scott, Joel Finch, and Scott Boolen ("*Vassalle* Motion for Order to Show Cause") (*Vassalle* Docket No. 295), attached hereto as Exhibit A (with exhibits).

On March 25, 2015, Plaintiffs' counsel filed what he claims is a copy of the *Vassalle* Motion for Order to Show Cause with the Court (Docket No. 488), and accused Defendants of attaching to the motion a redacted version of the email exchange in which he refused to revise his proposed Second Amended Complaint to comply with the *Vassalle* injunction. **However, the document submitted to this Court by Plaintiffs' counsel is not a true and complete copy of what was actually filed in the *Vassalle* Court. None of the emails in the chain were redacted from the filing in the *Vassalle* Court.** The entire email exchange between Plaintiffs' counsel and Defendants' counsel appears as Exhibit B to the Seitz Declaration, which

– 2 –

DEFENDANTS MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC. AND
ENCORE CAPITAL GROUP, INC.'S REQUEST FOR
JUIDICIAL NOTICE AND RESPONSE TO PLAINTIFFS'
"NOTICE OF ACTIVITY" IN *VASSALLE ET AL. V. MIDLAND FUNDING ET AL.*, CASE NO. 11-CV-0096 (N.D. OHIO)
LAN01\329954.1
ID\TJG - 097356\0090

**CRUMB & MUNDING, P.S.**
1610 W. RIVERSIDE
SPOKANE, WA 99201
(509) 624-6464

the Court can confirm by reviewing the ECF-stamped version of the Declaration attached hereto, Doc # 295-1, Page ID#'s 5865-69. The suggestion that Defendants redacted these emails is peculiar, given that they are actually described and even quoted in the motion. *See* Doc # 295, Page ID#'s 5759-60. As indicated in the *Vassalle* Motion for Order to Show Cause, this correspondence shows the efforts made by Defendants' counsel to avoid having to file the motion, which were continually rebuffed by Plaintiffs' counsel. Defendants, frankly, are mystified as to the origins of the apparently-redacted document Plaintiffs' counsel gave to this Court.

DATED this 25th day of March, 2015

                         CRUMB & MUNDING, P.S.

                         */s/ John D. Munding*
                         JOHN D. MUNDING, WSBA #21734
                         Attorneys for Defendants.

                         THEODORE W. SEITZ
                         DYKEMA GOSSETT PLLC
                         201 Townsend St., Ste. 900
                         Lansing, MI 48933
                         (517) 374-9149

                         Attorneys for Defendants Encore
                         Capital Group, Inc., Midland Funding,
                         LLC, and Midland Credit
                         Management, Inc.

– 3 –

DEFENDANTS MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC. AND
ENCORE CAPITAL GROUP, INC.'S REQUEST FOR
JUIDICIAL NOTICE AND RESPONSE TO PLAINTIFFS'
"NOTICE OF ACTIVITY" IN *VASSALLE ET AL. V. MIDLAND
FUNDING ET AL.*, CASE NO. 11-CV-0096 (N.D. OHIO)
LAN01\329954.1
ID\TJG - 097356\0090

**CRUMB & MUNDING, P.S.**
1610 W. RIVERSIDE
SPOKANE, WA 99201
(509) 624-6464

# **CERTIFICATE OF SERVICE**

I, Blake A. Robertson, the undersigned, hereby certify that on March 26, 2015, I electronically filed the foregoing REQUEST FOR JUDICIAL NOTICE AND RESPONSE TO PLAINTIFFS' "NOTICE OF ACTIVITY AND FILING" with the Court using the Court's CM/ECF system, which will send notification of such filing to the following persons:

Bradley L Fisher
bradfisher@dwt.com,
barbaramcadams@dwt.com,
seadocket@dwt.com

Carl Edward Hueber
ceh@winstoncashatt.com,
crh@winstoncashatt.com

Theodore W Seitz
tseitz@dykema.com

Kirk D Miller
kmiller@millerlawspokane.com

Michael David Kinkley
mkinkley@qwestoffice.net,
pleadings@qwestoffice.net,
pwittry@qwestoffice.net

Dated this 26th day of March 2015.

*Blake A. Robertson*

Certification of Service
LAN01\329954.1
ID\TJG - 097356\0090