1  JOHN D. MUNDING, WSBA 21734
2  CRUMB & MUNDING, P.S.
   1610 W. Riverside Ave.
3  Spokane, WA 99201
   (509) 624-6464
4

5

6  Attorney for Defendants
   MIDLAND FUNDING, LLC
7  MIDLAND CREDIT MANAGEMENT, INC

8

9              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON AT SPOKANE
10

11

| 12 | KELLI GRAY, and all others similarly situated, | **Case No. 2:09-cv-251-EFS** |
| 13 | | |
| 14 | Plaintiffs, | **(CONSOLIDATED CASE)** |
| 15 | v. | **DECLARATION OF JOHN D. MUNDING IN SUPPORT OF DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, AND ENCORE CAPITAL GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 16 | | |
| 17 | SUTTELL & ASSOCIATES, *et al*, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | | |

21       JOHN D. MUNDING hereby states under penalty of perjury under the laws of

22  the United States that the following is true and correct:

23       1.    I am over the age of majority and a resident of Spokane, Washington, and

24  I make this declaration of my own personal knowledge and am competent to testify to

25  all the facts herein.

26

CRUMB & MUNDING, P.S.
1610 W. RIVERSIDE AVE
SPOKANE, WA 99201
(509) 624-6464

2.     I am President of the law firm of Crumb & Munding, P.S, and counsel to Defendants Midland Funding, LLC, and Midland Credit Management, Inc. I make this declaration based upon personal knowledge, publicly available documents, and my review of materials generated during the course of this litigation.

3.     Attached as Exhibit A is a copy of Kelli Gray's NovastarIS credit report dated 5/7/2003.

4.     Attached as Exhibit B is a copy of excerpts of the Deposition Testimony of KELLI E. GRAY HARRINGTON taken October 5, 2010 at 9:00 a.m. in Spokane, WA. I personally attended this deposition.

5.     Attached as Exhibit C is a copy of First Consumers National Bank's credit card agreement.

6.     Attached as Exhibit D is a copy of Kelli Gray's Spiegel Charge credit card statement of 6/3/03.

7.     Attached as Exhibit E is a copy of Kelli E. Gray's May 2003 bank statement drawn on Spokane Teachers Credit Union.

8.     Attached as Exhibit F is a copy of the Declaration of Kelli Gray in Support of Defendant's Motion to Dismiss in Case No. 08-2-04860-2, filed October 20, 2009.

9.     Attached as Exhibit G is a copy of a Bill of Sale and Assignment of Accounts from SPIEGEL ACCEPTANCE CORPORATION to MIDLAND FUNDING LLC dated December 4, 2007.

10.     Attached as Exhibit H is a copy of a Purchase and Sale Agreement between Spiegel Acceptance Corporation as Seller and Midland Funding LLC as Buyer dated and effective as of December 4, 2007.

11.     Attached as Exhibit I is a copy of 'Schedule A' of Plaintiff Kelli Gray, original loan date 08/24/2001.

12.    Attached as Exhibit J is a copy of the Servicing Agreement entered into December 15, 2006 between owner Midland Funding LLC and servicer Midland Credit Management, Inc.

13.    Attached as Exhibit K is a copy of the Collection Agreement executed May 1, 2006 between Midland Credit Management, Inc., and Suttell & Associates.

14.    Attached as Exhibit L is a copy of the state court collection complaint, Midland Funding LLC v Kelli Gray, Case No. 08-2-04860-2, filed October 27, 2008.

15.    Attached as Exhibit M is a copy of Kelli Gray's motion to dismiss the state court action, Case No. 08-2-04860-2, filed October 20, 2009.

16.    Attached as Exhibit N is a copy of the State Court Order Dismissing Case No. 2008-02-04860-2, issued by the Honorable Judge Leveque February 4, 2011.

17.    Attached as Exhibit O is a copy of Defendant Midland Funding, LLC's Supplemental Response to Discovery filed in United States District Court for the Eastern District of Washington in Case No. 2-09-cv-251-EFS on February 25, 2011.

18.    Attached as Exhibit P is a copy of confidential flow charts utilized by Midland Credit Management to estimate the applicable state statute of limitations.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

EXECUTED this 13th day of April, 2015 in Spokane, Washington.

CRUMB & MUNDING, P.S.

_/s/ John D. Munding_
JOHN D. MUNDING, WSBA #21734
Attorneys for Defendants

CRUMB & MUNDING, P.S.
1610 W. RIVERSIDE AVE
SPOKANE, WA 99201
(509) 624-6464