# Exhibit "H"

Has been filed under seal pursuant to Court Order Granted April 22, 2015 (ECF No. 513).