# Exhibit "I"

| Field | Value |
|---|---|
| ACCOUNT_NUMBER | ▓▓▓▓2872 |
| ORIGINAL_ACCT_NUMBER | 0000000000000000 |
| ORIGINAL_LOAN_DATE | 08/24/2001 |
| LOAN_AMOUNT | 2065.00 |
| CHARGE_OFF_DATE | 12/31/2004 |
| CHARGE_OFF_AMOUNT | 2065.22 |
| LAST_PAY_DATE | 05/13/2004 |
| LAST_PAY_AMOUNT | 135.00 |
| LAST_LETTER_DATE | 08/08/2006 |
| LAST_NOTE_DATE | 09/14/2006 |
| DATE_TO_AGENCY | 04/02/2007 |
| AGENCY_NUMBER | AL0032 |
| CREDIT_BUR | Y |
| START_DT_OF_DELQ | 07/05/2004 |
| NAME | GRAY,KELLI |
| ADDRESS_1 | 3417 E 36TH AVE |
| ADDRESS_2 | |
| CITY | SPOKANE |
| STATE | WA |
| ZIP | 992234206 |
| SSN | ▓▓▓▓7539 |
| HOME_PHONE | |
| WORK_PHONE | |
| ECOA_CODE | 1 |
| TOTAL_CHARGES_PRIN | 1305.16 |
| TOTAL_CHARGES_OTHER | 0.00 |
| TOTAL_CHARGES_INT | 760.06 |
| TOTAL_PAY_PRIN | 0.00 |
| TOTAL_PAY_OTHER | 0.00 |
| TOTAL_PAY_INT | 0.00 |
| BALANCE | 2065.22 |