JOHN D. MUNDING, WSBA 21734
CRUMB & MUNDING, P.S.
1610 W. Riverside Ave.
Spokane, WA 99201
(509) 624-6464

Attorney for Defendants
MIDLAND FUNDING, LLC
MIDLAND CREDIT MANAGEMENT, INC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| KELLI GRAY, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTELL & ASSOCIATES, *et al*,<br><br>Defendant. | Case No. 2:09-cv-251-EFS<br><br>**(CONSOLIDATED CASE)**<br><br>**DECLARATION OF GREGORY GERKIN** |

I, Gregory Gerkin declare as follows:

1. I am over twenty-one years of age, I am competent to make this Declaration, and I am authorized to make this Declaration on behalf of Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM"), and Encore Capital Group, Inc. ("Encore") (collectively, the "Midland Defendants"). I

DECLARATION OF GREGORY GERKIN - 1

CRUMB & MUNDING, P.S.
1610 W. RIVERSIDE AVE
SPOKANE, WA 99201
(509) 624-6464

am currently employed as a Corporate Counsel for Legal Affairs and Compliance for MCM. MCM services the debt owned by Midland Funding. In my capacity as Corporate Counsel for Legal Affairs and Compliance for MCM, I am responsible for, among other things, monitoring state licensing requirements and assisting in applying for and obtaining licenses. I make this Declaration from my own personal knowledge of the matters set forth herein, or on information and belief based upon my review of the business records of MCM. If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

2. At all relevant times to Plaintiffs' Amended Complaint, MCM maintained procedures for monitoring licensing requirements in the State of Washington and for ensuring the Midland Defendants complied with those licensing requirements.

3. MCM reviewed and analyzed the applicable licensing laws and monitored those laws for changes in licensing requirements. When required to be licensed, MCM maintained procedures for obtaining the necessary licenses for the Midland Defendants.

4. As part of its procedures for complying with the Washington licensing laws, MCM monitored the publications, findings, and determinations of the Washington Department of Licensing ("Licensing Department") and the Collection Agency Board (the "Collection Agency Board")—the state entities that govern the licensing and enforcement of the Washington Collection Agency Act ("WCAA").

5. For example, at all relevant times, MCM was licensed in the State of Washington. In compliance with the WCAA, MCM first obtained its Collection Agency License on July 12, 2000. Since that time, MCM has sought and obtained

DECLARATION OF GREGORY GERKIN - 2

additional collection agency licenses, for each of MCM's branch offices. MCM currently holds six Washington collection agency licenses.

6. At the time Plaintiffs filed their lawsuits against the Midland Defendants in 2009, the Collection Agency Board—the agency charged with administering the WCAA—had adopted an interpretation that debt buyers such as Midland Funding were not required to be licensed under the WCAA.

7. Based on the Collection Agency Board's determinations, MCM reasonably understood the WCAA's licensure requirement not to apply to Midland Funding.

8. In 2013, the Washington legislature amended the WCAA to plainly include within the WCAA's licensure requirements debt buyers such as Midland Funding.

9. As a result, in early August 2013, MCM, pursuant to its maintained procedures, immediately took the necessary steps to obtain a Collection Agency License for Midland Funding, which was ultimately issued on September 26, 2013.

10. Midland Funding is a passive debt buyer that has no employees and is merely a holding company for delinquent accounts, including Plaintiffs' accounts.

I, Gregory Gerkin declare and certify that I have read the foregoing Declaration and know its contents. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2015.

Gregory Gerkin

DECLARATION OF GREGORY GERKIN - 3

CRUMB & MUNDING, P.S.
1610 W. RIVERSIDE AVE
SPOKANE, WA 99201
(509) 624-6464