Kirk D. Miller
*Kirk D. Miller, P.S.*
421 W. Riverside Avenue
Suite 660
Spokane, WA  99201
(509) 413-1494 Telephone
(509) 413-1724 Facsimile
kmiller@millerlawspokane.com

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all others similarly situated, | ) |
| | ) Case No.: 2:09-CV-00251-SAB |
| | ) |
| Plaintiffs, | ) JOINT STATUS CERTIFICATE |
| | ) |
| v. | ) |
| | ) |
| SUTTELL & ASSOCIATES, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the Court's Order at ECF No. 613, the parties, through their

attorneys, prepared this Joint Status Report.

The parties explored the possibility of settlement but were unable to reach a

settlement agreement.  The parties propose a trial date after November 2018.

JOINT STATUS CERTIFICATE - 1

DATED this 12th day of December, 2017.

*KIRK D. MILLER, P.S.*

*/s Kirk D. Miller*
Kirk D. Miller, WSBA #40025
*Attorney for Plaintiffs*

/s John Munding
John D. Munding, WSBA #21734
*Attorney for Defendants*

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2017, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF System which will

send notification of such filing to the following:

| | |
|---|---|
| Kirk D. Miller | kmiller@millerlawspokane.com; relston@millerlawspokane.com |
| John D. Munding | munding@crumb-munding.com; Ashley@crumb-munding.com; |
| Theodore Seitz | tseitz@dykema.com; |
| Bradley Fisher | bradfisher@dwt.com; |
| Jonathan M. Lloyd | jonathanlloyd@dwt.com |

JOINT STATUS CERTIFICATE - 2

1

2                                  Kirk D. Miller, P.S.

3

4                                  s/Kirk D. Miller

                                 Kirk D. Miller, WSBA #40025

5                                  Attorney for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21 JOINT STATUS CERTIFICATE - 3