# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Kelli Gray, and all others similarly situated,
*Plaintiffs*
v.
Suttell & Associates, et al., *Defendants*
Eva Lauber, et al.,
*Plaintiffs*
v.
Encore Capital Group, Inc., et al.,
*Defendants*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 03, 2019**

SEAN F. McAVOY, CLERK

Civil Action No. 2:09-cv-00251-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 620) is DENIED.
The Midland Defendants' Cross-motion for Summary Judgment (ECF No. 622) is GRANTED.
Judgment is entered in favor of the Midland Defendants and against Plaintiff Dane Scott.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on motions for Summary Judgment (ECF Nos. 620 and 622)

Date: 01/03/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates