FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI GRAY, and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SUTTELL & ASSOCIATES, et al.,<br><br>　　Defendants. | No. 2:09-cv-00251-SAB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| EVA LAUBER, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ENCORE CAPITAL GROUP, INC., et al.,<br><br>　　Defendants. | |

Before the Court is Plaintiff Dane Scott's Motion for Reconsideration of Order Granting Defendants' Motion for Summary Judgment, ECF No. 638. The motion was heard without oral argument.

Generally, motions for reconsideration are disfavored. *See Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). Indeed, the Ninth Circuit has instructed that Rule 59(e) is an "extraordinary remedy" that should not be granted, absent highly unusual circumstances. *Id.* Such circumstances include where the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law. *Id.* (quoting *Kona*

**ORDER DENYING
PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 1**

*Enters., Inc. v Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000)).

Plaintiff asserts that he is not rehashing arguments rejected by the Court, but is simply asking the Court to certify a dispositive question of state law to the Washington Supreme Court. Plaintiff has not demonstrated he is entitled to such extraordinary relief. He has not presented the Court with newly discovered evidence, shown there is an intervening change in the controlling law, or convinced the Court that it committed clear error.

Plaintiff had numerous opportunities to present his arguments to the Court. In issuing its ruling, the Court reviewed the case law regarding the issue of the good faith exception and concluded it applies with respect to Plaintiff's CPA claim. There is no reason to certify this question to the Washington Supreme Court. Indeed, to ask the Court to now certify a question after Plaintiff obtained an unfavorable ruling would work an injustice on Defendants and would not promote judicial economy.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Reconsideration of Order Granting Defendants' Motion for Summary Judgment, ECF No. 638, is **DENIED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and **close the file**.

**DATED** this 19th day of February 2019.

Stanley A. Bastian
United States District Judge

**ORDER DENYING
PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 2**